UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNIS L. ROBERSON et al, | Case Number: CV07-03497 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JEANNE WOODFORD et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lennis L. Roberson
CTF Central CW/128
D-34017
P.O. Box 689
Soledad, CA 93960-0689

Dated: November 15, 2007

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk