1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  CHRISTOPHER M. YOUNG, State Bar No. 238532
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5553
     Fax: (415) 703-5843
8    Email: Chris.Young@doj.ca.gov

9  Attorneys for Defendants Childers, Gibbs-Battenfeld,
   Guerra, and Woodford

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LENNIS L. ROBERSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE WOODFORD, et al.,,<br><br>　　　　　　　　　　Defendants. | C 07-3497 CRB (PR)<br><br>**DECLARATION OF CHRISTOPHER YOUNG SUPPORTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　1.　I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants Childers, Gibbs-Battenfeld, Guerra, and Woodford (Defendants) in this matter. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion for Summary Judgment.

　　2.　Attached as Exhibits A through G are certified copies of various documents from the central file of Plaintiff Lennis Roberson (Plaintiff), as well as a declaration from the custodian of

Decl. Young Supporting Defs.' Mot. Summ. J.　　　　　　　　　　　　　　　　　　　　　Roberson v. Woodford, et al
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07-3497 CRB (PR)

1

1 | the central file. For ease of reference, the exhibits are organized and bates numbered as follows:

2 |     (A) Declaration of Custodian of Central File Records, AGO-01;

3 |     (B) Abstract of Judgment, AGO-02 to AGO-03;

4 |     (C) Probation Officer's Report, AGO-04 to AGO-22;

5 |     (D) CDC 128-G Classification Chronos, AGO-23 to AGO-28;

6 |     (E) CDC 128-A Custodial Counseling Chrono, AGO-29;

7 |     (F) CDC 112 Chronological History, AGO-30 to AGO-31;

8 |     (G) Memorandum of John Dovey, AGO-32 to AGO-33.

10 |     I declare under penalty of perjury that the foregoing is true and correct. Executed at San

11 | Francisco, California, on February 12, 2008.

CHRISTOPHER M. YOUNG
Deputy Attorney General

Decl. Young Supporting Defs.' Mot. Summ. J.          *Roberson v. Woodford, et al*
Case No. C 07-3497 CRB (PR)

2