# EXHIBIT A

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION           ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
*CORRECTIONAL TRAINING FACILITY*

P.O. Box 686
Soledad, CA 93960



## DECLARATION OF CUSTODIAN OF RECORDS

I declare as follows:

I am a _____Staff Services Analyst_____ employed by the California Department of Corrections and Rehabilitations (CDCR) at the Correctional Training Facility (CTF) in Soledad, California. In my capacity, I am an authorized custodian of records and/or other qualified witness, and have authority to certify these records as true and correct.

Except where based on information and belief, I have personal knowledge of the facts as set forth in this declaration.

Inmate records are kept in the regular course of business by all CDC institutions by means of reports and entries in the Central File and/or local BPH files. These reports and entries pertaining to an inmate are prepared at or near the time of their occurrence by persons with knowledge of the circumstance or events.

The documents attached hereto are true and correct copies of the documents from the file(s) of _____D34017 Roberson_____. They represent the latest information received in written form. They may be outdated as the result of new or revised information, which has not been received or filed.

I declare under penalty of perjury that the foregoing is true, and that if called as a witness, I would so testify.

Executed on _____January 8, 2008_____, at Soledad, California.
                        Date

By: _____[signature]_____
         Signature

_____Sylvia Blueford_____
       Printed name

AGO - 01

Case 3:07-cv-03497-CRB   Document 12-2   Filed 02/13/2008   Page 3 of 5

# EXHIBIT B

# ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

**ENDORSED** SEP 15 P 4:21

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **KERN**
BRANCH _____

COURT I.D.: 1-5

PEOPLE OF THE STATE OF CALIFORNIA versus [✓]
DEFENDANT: LENNIS LAVELLE ROBERSON, aka
AKA: RAYTHEL JAMES BAILEY, aka
JAMES BAILEY aka BAM

PRESENT [X]  NOT PRESENT [ ]

CASE NUMBER(S): 31134 - A, -B, -C, -D, -E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
AMENDED ABSTRACT [ ]

DATE OF HEARING: 08/31/88   DEPT. NO.: S/S
JUDGE: JAMES G. BOWLES
CLERK: L.M. Beller
REPORTER: E. Frassinelli
COUNSEL FOR PEOPLE: Randy Plumley
COUNSEL FOR DEFENDANT: Dominic Eyherabide
PROBATION NO. OR PROBATION OFFICER: Melinda Chang

## 1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | JURY TRIAL | COURT TRIAL | PLEA | TERM (L,M,U) | CONCURRENT | 1/3 VIOLENT CONSECUTIVE | 1/3 NON-VIOL CONSECUTIVE | FULL TERM CONSECUTIVE | INCOMPLETE SENTENCE (REFER #3) | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS/MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | PC | 266j | Procure. of child | 86 | 05 29 86 | X | | | M | | | | | | | 6 0 |
| 01 | PC | 182 | Conspiracy | 86 | 05 29 86 | X | | | M | | | | | | X | |
| 03 | PC | 288(a) | Lewd Lasc. Child | 86 | 05 29 86 | X | | | M | | | | | X | | 1 |
| 18 | PC | 288(b) | Lewd Lasc. Child | 86 | 05 29 86 | X | | | M | | | | | X | | |
| 06 | PC | 266j | Procure. of child | 86 | 05 29 86 | X | | | M | | | | | X | | |

## 2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

(empty)

## 3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

(empty)

## 5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

### B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

## 4. OTHER ORDERS:

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A): **42 0**
7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:
8. TOTAL TERM IMPOSED: **48 0**

9. EXECUTION OF SENTENCE IMPOSED:
A. [ ] AT INITIAL SENTENCING HEARING
B. [X] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC §1170(d)]

10. DATE SENTENCE PRONOUNCED: 08/31/88
CREDIT FOR TIME SPENT IN CUSTODY: 985
TOTAL DAYS INCLUDING: ACTUAL LOCAL TIME 921 / LOCAL CONDUCT CREDITS 64
STATE INSTITUTIONS: [X] DMH   [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[X] OTHER (SPECIFY): CCI-Tehachapi
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] CALIF. INSTITUTION FOR MEN — CHINO

CLERK OF SUPERIOR COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: L. M. Beller
DATE: SEP 15 1988

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT**
FORM DSL 290
Pen.C. 1213.5

DISTRIBUTION:   PINK COPY — COURT FILE,   YELLOW COPY — DEPARTMENT OF CORRECTIONS,   WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS

ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT PAGE                    ENDORSED

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF __Kern__
BRANCH _____

COURT I.D. L5

PEOPLE OF THE STATE OF CALIFORNIA versus  [X] PRESENT   CASE NUMBER(S): 31134 -A   21
DEFENDANT: LENNIS LAVELLE ROBERSON          [ ] NOT PRESENT           -B
AKA:                                                                  -C
COMMITMENT TO STATE PRISON   [ ] AMENDED ABSTRACT                     -D
ABSTRACT OF JUDGMENT                                                  -E

DATE OF HEARING (MO/DAY/YR): 08 31 88

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
   A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE(S) CS-REFER #3 | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | PC | 266j | Procure. of child | 86 | 05 | 29 | 86 | X | | | M | | | | | | X | | |
| 12 | PC | 266j | Procure. of child | 86 | 05 | 29 | 86 | X | | | M | | | | | | X | | |
| 14 | PC | 207(b) | Kidnapping | 86 | 05 | 29 | 86 | X | | | M | | | | | | X | | |
| 19 | PC | 266i(b) | Pandering | 86 | 05 | 29 | 86 | X | | | M | | | | | | X | | |
| 15 | PC | 266j | Lewd Lasc. | 86 | 05 | 29 | 86 | X | | | M | | | | | | X | | |
| 11 | PC | 288(b) | Lewd Lasc. | 86 | 05 | 29 | 86 | X | | | M | | | | | | X | | |
| 20 | PC | 266h | Pimping | 86 | 05 | 29 | 86 | X | | | M | X | | | | | | 6 | 0 |
| 02 | PC | 261(2) | Rape | 86 | 05 | 29 | 86 | X | | | M | | | X | | | | 6 | 0 |
| 17 | PC | 261(2) | Rape | 86 | 05 | 29 | 86 | X | | | M | | | X | | | | 6 | 0 |
| 05 | PC | 288(b) | Lewd Lasc. Child | 86 | 05 | 29 | 86 | X | | | M | | | X | | | | 6 | 0 |
| 07 | PC | 288(b) | Lewd Lasc. Child | 86 | 05 | 29 | 86 | X | | | M | | | X | | | | 6 | 0 |
| 09 | PC | 288(b) | Lewd Lasc. Child | 86 | 05 | 29 | 86 | X | | | M | | | X | | | | 6 | 0 |
| 13 | PC | 288(b) | Lewd Lasc. Child | 86 | 05 | 29 | 86 | X | | | M | | | X | | | | 6 | 0 |
| 16 | PC | 288(b) | Lewd Lasc. Child | 86 | 05 | 29 | 86 | X | | | M | | | X | | | | 6 | 0 |
| | | | | | | | | | | | | | | | | | TOTAL | 42 | 0 |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

TOTAL: 42 0

3. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE:

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT FORM DSL 290-A

CRC (P)M
Pen. C. 1213.5

DISTRIBUTION:   PINK COPY — COURT FILE,   YELLOW COPY — DEPARTMENT OF CORRECTIONS,   WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.

AGO - 03