# EXHIBIT D

NO: D-34017          NAME: ROBERSON, LENNIS          CELL: 4A2R-19L          CDC-128G (2/69)
CUSTODY: MAX AR     CS: 14          WG/PG: D1D     AFFIL: NONE ETH: B RC: 11/98
REL. DT: 01-31-2016     MERD: 11-16-98          ACTION: REFER CSR RX TX: CCI/ASP-II O/R. REL.
                                                COR-III UPON MERD/RET. C/C B-2 YRD. DOUBLE
                                                CELL. APPEAL RIGHTS EXP.

COMMENTS: I/M ROBERSON made a personal appearance before FAC 4A SHU UCC this date for the purpose of a Pre-MERD Review. "S" indicated that he was in good health and ready to proceed. "S" indicated he was to waived his right to a 72 hours prior to this Comm. action. "S" was initially placed into AD/SEG on 12-31-97 at FOL for Inciting an Inmate demonstration/leading a disturbance, riot or strike. "S" rec'd a 12 mo. SHU term with a MERD of 10-01-98. "S" rec'd an additional RVR dtd. 03-17-98 for delaying a peace officer in the performance of his duties and assessed a 45 day enhancement with a current MERD of 11-16-98. Comm. acts based upon "S"'s imminent expiration of MERD and after consulting with "S" to refer this case to CSR with a RX TX: to CCI-II with an alternate of ASP-II O/R due to most recent SHU placement. Comm. additionally elects to upon expiration of MERD to release "S" to COR-III pending CSR review and transfer. Comm. retained "S" on controlled compatible B-2 yard (So. Hisp/Blk.). Comm. retains double cell status. "S" indicated he agrees with the Comm's actions. "S" is a 41 yr. old, Black, 1st termer, rec'd CDC on 07-10-86 from Kern Co. for the commitment offense of (2 cts) Rape/Resist force and violence, PRSU child lewd, (5 cts) L&L with a child under 14 w/force and violence and non-controlling offense, for the total term 48 yrs. Prior arrest history consists of obstruct/resist a public officer, kidnapping, rape by force, false imprisonment, unlawful sexual intercourse with a minor, pandering, piping, oral cop, false imprisonment, procure child under 14 for lewd act, and related offenses. No prior terms noted. Disciplinary overview: minimal. 812 reflects no enemies and is updated. No gang noted. AKA "Bam". Confidential file is clear/updated. 127 is current. No arson or escape history noted. No holds noted. Note: instant offense for sex related offenses. "R" suffix is appropriate. 128C dtd. 08-20-98 reflects a TB alert code of 22. No psych concerns noted. GPL: 9.1. No viable work skills. FPTTP does not apply. MSF, MCCF, CCF, CCRC, Camp and Restitution Center ineligible due to the instant offense. SAP ineligible due to current release date. No computer crimes noted. Retain custody MAX-AR. WG/PG: D1D. P/O CYSS W/L. Custody CLO-A and WG/PG A2B upon date of release to G.P. County of last legal residence Kern Co. "S" indicated he understood Comm. action and was advised of his rights to appeal. "S" was advised of the Grooming Standards. Next reclass 11/98.

R COMFORT, FAC. CAPT. (A):          M. TARNOFF, CCII (A):          D. MEANS, CCI/RECORDER
CHAIRPERSON                         MEMBER                          MEMBER
DATE: 09-24-98     cd               UCC CLASSIFICATION IV-A         CSP-CORCORAN

CDC-128-G (Rev. 4/74)

NUMBER: D-34017    NAME: ROBERSON    HOUSING: D-317U

Summary: ANNUAL: IN ABSENTIA: REFER TO ICC FOR CUSTODY REVIEW, RX MED AR, CPP, DOUBLE CELL APPROVED, NO MDO CONCERNS.

| | |
|---|---|
| Custody: CLO BR | LEVEL: II |
| GPL: R12.9 | CS: 19. |
| Priv. Gr: C | RPS: 3/2024 |

| | |
|---|---|
| Release: EPRD 9/5/2024 | |
| Recl: 9/06 | |
| Work.Gr.: C EFF. 1/7/99 | |

Comments: ROBERSON's case was presented to Unit III U.C.C. today in absentia, per his request, for Annual review. He is currently unassigned. The CDC-840, 812, and 127 have been updated. The inmate's custody status has been reviewed and Close BR is no longer appropriate. The classification score has been adjusted to reflect two periods with no serious disciplinaries, and a mandatory placement score of 19. The inmate was sentenced to 48 years with his term starting in 1986. He has completed the required Close Custody of at least 1 year Close A and 4 years Close B custody. The Committee action is to refer to ICC for custody review, with a recommendation of Medium AR, continue present program, double cell approved and does not meet the criteria for MDO referral. The inmate stated he did not want to be present but did not have a statement of whether he agrees with the committee action or not. ROBERSON was advised of his appeal rights in prior interview with the Counselor. The inmate's presence was not necessary as the action is non-adverse and at his request. Subject was informed that his next schedule U.C.C. would be during 9/06. For all other case factors refer to Initial Classification Chrono dated 2/11/99.

CHAIRPERSON: I. Guerra, F.C.    Recorder: L. C. Gibbs, CCI

Panel: I. Guerra, F.C. / T. Verdesoto, CCI / L.C. Gibbs, CCI

Dist.:    C-File
          Inmate

DATE: 10/18/05    Classification: ANNUAL    Inst: CTF-II

AGO - 24



CDC-128 G-G(6/92)

STATE OF CALIFORNIA                                                     CUST: MED A    WG/PRG: A2/B    GPL: 12.9
NO: D-34017  NAME: ROBERSON, L.   C03-137U    ETH: BLA    CI&I: A06487426
REL DT: 1-31-16    CS: 26    RC: 9/99    WORK ASSIGN: U/A
TB CODE:
ACTION:  PROGRAM REVIEW. PLACE "S" ON C/C STATUS EFFECTIVE 1-7-99, DUE TO "S"
BEING A PROGRAM FAILURE (GROOMING STANDARDS). REMOVE "S" FROM ALL
W/L'S. "S" IS APPROVED FOR DOUBLE CELL/DORM HOUSING

Inmate ROBERSON, LENNIS L. *made a personal appearance* before 3C UCC this date for the purpose of
Program Review. "S" *was provided his 72 hours* advance notification of his hearing. "S" stated he was ready and
able to proceed. Inmate is unassigned. CS was increased by 12 points due to receiving 2 CDC 115's, 0 periods of
no CDC 115's and 0 work-related periods. "S" disciplinary history REFLECTS INCITING AN INMATE
DEMONSTRATION, DELAYING A PEACE OFFICER'S DUTIES, & 2 COUNTS GROOMING STANDARDS.
Comm elects to PLACE "S" ON C/C STATUS EFFECTIVE 1-7-99, DUE TO "S" BEING A PROGRAM
FAILURE (GROOMING STANDARDS). "S" RECEIVED TWO SERIOUS CDC 115'S DATED 12-6-98
AND 12-8-98, AND TWO ADDITIONAL 115'S DATED 11-25-98 AND 12-1-98 FOR GROOMING
STANDARDS VIOLATIONS. THEREFORE, ACCORDING TO TRISTAN'S MEMO DATED 7-3-98
AND CCR 3062(N), "S" IS BEING PLACED ON C/C STATUS. REMOVE "S" FROM ALL W/L'S. "S"
IS APPROVED FOR DOUBLE CELL/DORM HOUSING. "S" *acknowledges and understands today's*
*committee action and appeal rights were explained.*

S. GRANDY, FAC, CAPT(A)                    K. SMITH, CCII(A)
Chairperson                                        Member
DATE: 1-07-99                                  FACILITY 3C UCC CLASSIFICATION

V. GARCIA, CCI
Recorder
INST: CSP-COR

AGO - 25

NUMBER: D34017    NAME: ROBERSON    HOUSING: X 220L    CDC-128-G    (Rev. 4/74)

Summary: INITIAL: REMOVE RTQ RELEASE TO CTF CENTRAL DUE TO CLOSE CUSTODY STATUS SUBJECT RELEASE DATE EXCEEDS 15 YEARS PER DOM 60000/SEC 62010 CLASSIFICATION PROCESS CLOSE B CUSTODY DESIGNATIONS DENY FAMILY VISITS PER CCR 3174(E)(1) I.O. EST CLOSE BR CUSTODY WG/PG C/C AND NO JOB W/L PER INMATE'S REQUEST

| | | |
|---|---|---|
| Custody: CLO BR | Release: EPRD 1-27-2016 | LEVEL: II |
| GPL: 12.2 | RECL: 9-25-99 | CS: 26 |
| Priv. Gr.: C | Work Gr.: C | RPS: 12-2015 |

Comments: ROBERSON appeared before UNIT I U.C.C. today for Initial classification. The inmate is a 41 year old /51 termer received in CTF-C on 2-3-99 from CSP-COR as a(n) non-adverse transfer. He was received in CDC on 7-10-86 from Kern County for procuring of child/lewd, 2 CTS of rape, 5 CTS of L&L w/child under 14, non-controlling case pimping. A restitution fine has been ordered in the amount of $100, balance unknown. Prior arrest history: kidnap, rape by force, false imprisonment, obstruct/resist P.O. Sex Offenses: 10-23-80 arrested by CASO Bakersfield for kidnapping, rape by force. Subject was released/detention/future investigation. 2-23-86 CASO Bakersfield arrest for kidnapping, unlawful sexual intercourse w/minor, pandering, pimping, oral copulation, false imprisonment, convicted to CDC for 48 years. Arson Offenses: none; Escapes: none; Enemies: none; Gang/Tip affiliation: none; AKA; Bam. Confidential info.: None Disciplinary Overview: 12-98 Grooming Standards, 12-98 Grooming Standards, 12-98 Grooming Standards, 11-98 Grooming Standards, 3-98 delaying a P.O.'s duties, 12-97 inciting an inmate demonstration, 12-91 refusing a direct order, 12-91 refusing to take T.B. test. Medical: Full duty, TB code 22 128C dated 8-20-98. Disability: none; 1845: N/A R.C. over 90 days: N/A Eligible for extended relief: N/A Effective communication required: N/A Effective communication provided: N/A Psych: none; Substance Abuse History: none. HWD review reflects none. Committee chooses to remove RTQ, est CLO BR custody (subject release date exceeds 15 years per DOM CTF supplement procedures dated 12-98), WG/PG C/C at inmate's request effective date 2-11-99, release to CTF Central due to CLO custody status, P/O no waiting list at this time per inmate. Subject's case was reviewed per C.C.R. 3174(e) and P.C. 1202.05, visiting restrictions do apply per CCR 3174(E) per instant offense, and does not apply per PC 1202.5. His current assignment is unassigned. ROBERSON was made aware of the program/behavior expectations of CTF-C facility in compliance with section 2930 P.C. The inmate was informed that his next scheduled classification will be during 9-25-99. ROBERSON says that he understands the committee's actions and was informed of his appeal rights. Eligibility for camp/M.S.F., C.C.F., C.C.R.C., restitution center and substance abuse programs has been reviewed for D.D.P.S. tracking. He does not meet the criteria for camp, MSF, CCF, MCCF, Restitution Center, CCRC due to violent felony (SEX) PC 667.5C, ineligible for CCRC due to 'R' suffix, PC 290 registration, sex arrest, ineligible for Amity Righturn due to 'R' suffix, sex offense involving child, ineligible for SATF-SAP due to sex offense involving a child. Subject was asked by the committee if he will conform to Grooming Standards and he stated, "No." The Foreign Prisoner Transfer Treaty Program does not apply. Committee reviewed the inmate's Central File for double cell housing eligibility. He does not require single housing. This decision is based upon the inmate not having a history of predatory or assaultive behavior towards a cell partner. The inmate is satisfied with his current cell partner. Committee elects to continue cell status (double cell) Inmate ROBERSON was asked by the committee if he understood and agreed with committee's actions, and he stated, 'Yes.' Committee also notes that subject's release date

AGO - 26

exceeds 15 years according to the DOM supplement CTF procedures dated 12-98. Based on the review of C-file and the CLO custody criteria and subject's failure to program, committee elects to place subject on CLO custody.

CHAIRPERSON: S. GARCIA, F.C.

Panel:    S. GARCIA, F.C., R. LEACH, CCII. H. STATEN, CCI /pa

Recorder: H. STATEN, CCI



Dist::  C-File

Inmate

DATE:2-11-99

Classification:  INITIAL

Inst: CTF-C

CDC-128 G-(2)6

NUMBER: D34017    NAME: ROBERSON    HOUSING: DW-317U    CDC-128-G (Rev. 4/74)

Summary   SPECIAL      IN ABSENTIA, DENY CUSTODY REDUCTION, CONTINUE PRESENT
          REVIEW:      PROGRAM.

| | | | |
|---|---|---|---|
| Custody: MED AR | Release: EPRD 9/5/2024 | Level: II |
| GPL: R-12.9 | Reclass: 9/06 | CS: 19 |
| WG: C | P/G: C EFF: 1/7/99 | RPS: 2/2024 |

Roberson's case was brought before I.C.C. today in absentia, per his request, for a Special Review. Committee notes that in accordance with CCR 3377.2 (c) (3) (D), Inmate is eligible for Custody Reduction. He was sentenced to a total term of 48 years in which his sentence began on July 10, 1986. He has completed his required one (1) year at Close A and four (4) years at Close B Custody. Committee elects to deny custody reduction at this time due to inmate's refusal to appear before ICC. Roberson is currently voluntarily unassigned with a WG/PG of C/C. He did not participate in today's ICC and stated that he did not want to appear before ICC, or any committee, until his C/C Appeal was resolved in regards to Grooming Standards. He was advised of his appeal right and informed that when he decided to cooperate with ICC's request to appear his case would be reviewed for custody reduction. Inmate Roberson was given the required (72) hour written notification per CCR 3375 (f)(1), CDC-128B1 on file.

CHAIRPERSON: W.J. HILL, CDW (A)           Recorder: D. CARNAZZO, CCII
Panel:    W.J. HILL, CDW (A)    /    R. POPE, AW (A)    /    D. CARNAZZO, CCII

Dist.: C-File
       Inmate

DATE: 11/4/05          Classification: SPECIAL REVIEW          Inst: CTF-CENTRAL

AGO - 28