# EXHIBIT E

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
CDC 128 A (8-87)

| NAME AND NUMBER | ROBERSON | D-34017 | 3C01-110U |

On 11-20-98, at approximately 0800 hours, Inmate Roberson, (D-34017, 3C01-110U), was not in compliance with the grooming standards pursuant C.C.R. Amended Section 3062 of the Title 15. Therefore this 128-A, disciplinary chrono is advising Inmate Roberson that he has failed to comply specifically with: (e) Hair shall not be longer than three inches and cannot extend below the eyebrows or below the top of the shirt collar and must be trimmed around the ears.(e) Side burns shall be neatly trimmed and cannot extend below the midpoint of the ear. Sideburns cannot exceed one and one-half inches in width and cannot have flared ends.(h) Inmates must be clean shaven at all times unless medically exempt. Medical exemption must be ordered by a physician and may not exceed ninety days. When necessary, additional exemption periods may be requested. Facial hair permitted by Medical exemption cannot exceed one-quarter inch in lenth.(h)(1) Mustaches cannot extend below the top of the upper lip. Mustaches must extend to the "corners of the mouth, but cannot extend more than one-half inch beyond the corners of the mouth. If Inmate Roberson non-compliance continues after 11-20-98, he will be subject to a CDC-115 Rules Violation Report (Administrative). If compliance continues after 11-23-98 1998, he will receive a CDC-115 Rules Violation Report (Serious). If non-compliance continues after 11-26-98, he will receive a CDC-128B1 Notice of Classification Hearing and may be deemed a Program Failure pursuant to C.C.R. amended Section 3062(m), of the Title 15 and possible placement in Work Group "C" (zero credit earning status).

Orig: C-File
cc: CCI
    Housing Unit
    Writer
    Inmate

DATE November 20, 1998

[signature]
G. Rangel, Correctional Officer
3C01 Floor #1
CSP-Corcoran

CUSTODIAL COUNSELING

AGO - 29

# EXHIBIT F

| STATE OF CALIFORNIA | CHRONOLOGICAL HISTORY | | DEPARTMENT OF CORRECTIONS CDC 112 (9-83) |

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 1-29-99 | PC 290 Pre registration not required on this term of incarceration rec'd prior to 1-1-98 | H | expd | 1-27-2016 |
| FEB 03 1999 | CTF NEW ARRIVAL | N | | |
| 10-26-99 | High Control Parole Supervision Case — Posted in Error EMB | EMB | | |
| 10-26-99 | Intake Audit. Per Appeal Mod. Order #99-027 RVR Log# 3C 981218 dtd 12/8/98 is dismissed. WCG "C". | EMB | EPRD | 7-7-2024 |
| 10-26-99 | Reviewed for compliance with PC 296. | EMB | | |
| 1-21-00 | 6 mo WCG thru 1-21-00. | OP | | |
| 2-4-00 | NOTICE REQUESTED 30 days San Francisco Co D.A. Family Support Bureau | Ag | | |
| 3-29-00 | 6 mo WCG thru 3-28-00. | OP | | |
| 8-10-00 | 6 mo WCG thru 8-3-00. | OP | | |
| 5-31-01 | 6 mo WCG thru 5-31-01. | OP | | |
| 10-4-01 | 6 mo WCG thru Posted in error | OP | | |
| 10-23-01 | 6 mo WCG thru 10-22-01 | Em | | |
| 3-28-02 | 6 MO. WCG thru 3-3-02. | OP | | |
| 11-27-02 | 6 MO WCG thru 3-3-02. 'C' status | OP | EPRD | 9-5-2024 |
| 11-27-02 | PC 296 DNA Completed. | OP | | |
| 10/9/03 | 6 month Gain @ 'C' thru 11/30/02 | MP | | |
| 2-22-2006 | Per classification action of 2-15-2006 AR effective 1-17-2006, remove from 'C' status. | | EPRD | 6-20-2018 |
| 3-6-2006 | AR effective 3-2-2006 | | EPRD | 5-24-2015 |

| Number | Name | | | Page |
|---|---|---|---|---|
| D 34017 | Roberson, Dennis | | | 1/6 |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS
## CHRONOLOGICAL HISTORY
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 7/6/93 | 6 mo wcg thru 6/30/93 @ A2 | JM | ~~epd~~ | ~~3/4/2017~~ |
| 9/28/93 | A1 eff 9/25/93 | JM | ~~epd~~ | ~~4/3/20 TT~~ |
| 4/26/94 | 6 mo wcg thru 3/31/94 @ A1 | La | | |
| 11-3-94 | 6 month wcg thru 9-30-94 @ A1 | DD | | |
| 1-6-95 | Transfer Audit wcg thru 12-31-94 | DD | ~~EPRD~~ | ~~4-14-2011~~ |
| 1-12-95 | Rec'd FSP | JW | | |
| 3-8-95 | Intake Audit (A1) | PD | | |
| 6-27-96 | WCGain thru 5-31-96 OBIS Update Complete | JJ | | |
| 2-3-97 | WCG thru 12-31-96 @ A1 | RS | | |
| 8-5-97 | WCG thru 6-30-97 @ A1 | AZ | | |
| 1-2-98 | File Reviewed | MR | | |
| 12-31-97 | RECEIVED CSP - SACRAMENTO | JM | | |
| 1-5-98 | Intake Audit @ A1. | VB | ~~EPRD~~ | ~~4-3-2014~~ |
| 2-2-98 | WCL 12-31-97 #9301007 90 days WGC from A1 to D1 eff. 12-31-97. wcg thru 1-6-98. | VB | ~~EPRD~~ | ~~11-3-2015~~ |
| 3-31-98 | Transfer Audit. Wgc from A1 to D2 eff 12-31-97. WGC from D2 to D1 eff 3-31-98. | VB | ~~EPRD~~ | ~~12-2-2015~~ |
| APR 0 1 1998 | REC'D CSP-CORCORAN | PR | | |
| 5-21-98 | WCL 90 days 115 dtd 3-17-98. log #AS9803038 WCG @ D1 thru 5-23-98. | VY | ~~epid~~ | ~~1-31-2016~~ |
| 1-14-99 | Intake Audit (status eff 1-7-99 WCG thru 1-6-00 | eh | ~~epid~~ | ~~2-16-2016~~ |
| 1-25-99 | 30 Days WCL 115 Dtd 12-6-98 log #3C981210 WCG @ C thru 1-7-99 | H | ~~epid~~ | ~~3-7-2016~~ |
| 1-29-99 | Transfer Audit, WCR 90 days log #AS9803038 115 Dtd 3-17-98, WCL 30 days 115 Dtd 12-8-98 log# 3C981218 WCG @ C status entered thru 2-3-99 | H | | |

Number: D34017  Name: Roberson  Page: 4A

# EXHIBIT G

State of California                                                      Department of Corrections and Rehabilitation

# Memorandum

Date     :  February 27, 2006

To       :  Associate Directors-Division of Adult Institutions
            Wardens

Subject:  **EMERGENCY REGULATIONS REGARDING INMATE GROOMING STANDARDS
          AND ACCESS TO RELIGIOUS PROGRAMS**

Attached for your immediate use and implementation is a copy of the Notice of Change to the Directors Rules (NCDR) Number 06/02 effective January 17, 2006. The NCDR 06/02 modifies the California Code of Regulations (CCR) Section 3062 and authorizes inmates to wear their hair any length and/or wear short beards (no longer than one-half inch) consistent with the policy as specified.



Therefore, any Rules Violation Report (RVR)/ California Department of Corrections and Rehabilitation Form 115, written after January 17, 2006, for violating the prior grooming standards (hair longer than 3 inches and/or having a beard shorter than one-half inch) shall be voided upon written request by the inmate. This does not apply to inmates whose noncompliance was wearing a beard longer than one-half inch.

Inmates who were found guilty of grooming standard violations and placed on program failure status prior to January 17, 2006, are to be removed from program failure status effective January 17, 2006, upon written request as described in CCR Section 3044 (unless otherwise ineligible based on disciplinary actions not related to grooming standard violations). Except as provided for below or otherwise prohibited (i.e., inmate housed in Administrative Segregation or Security Housing Unit for other non-associated reasons), these inmates are to be placed on Work Group A2 and placed on a waiting list.

Upon written request by the inmate, an inmate not in compliance with the grooming standards based on previously stated religious beliefs and subsequently found guilty of RVRs are to receive full restoration of all credits lost for grooming standard violations occurring on or after September 22, 2000. Inmates who were subsequently placed on Work Group C status due to these RVRs are to be returned to their previously assigned Work Group status (i.e., original A1 or A2 unless otherwise ineligible based on disciplinary actions not related to grooming standard violations). Proof of noncompliance based on religious beliefs can include, but is not limited to: documented statements at a disciplinary hearing; investigative employee report; inmate appeal; classification chronological; other document maintained in the inmate's Central File; or any other verifiable document (i.e., writ of habeas corpus or court files).

RECEIVED
MAR - 6 2006

AGO - 32

FAX 9163244520   DEPUTY DIR. OFFICE   →→→ CTF   ☒003

Associate Directors-Division of Adult Institutions
Wardens
Page 2

Inmates who cannot verify their decision to violate the grooming standards based on religious beliefs shall not be entitled to have their Work Group status restored or have any unrestorable credit returned in conformance with CCR Sections 3327 or 3328 (Restoration process) for violations occurring prior to January 17, 2006.

In instances where eligible inmates have paroled prior to restoration of any of the above noted actions, upon the parolee's written request, Case Records staff shall restore credits and modify/correct Work Group credit earning assignments as described above and adjust the parolee's parole period as appropriate.

If you have any further questions, please contact Frank Lopez, Facility Captain, Standardization and Policy Liaison Unit, at (916) 323-4242.

*[signature]*
JOHN DOVEY
Director
Division of Adult Institutions

Attachments

cc: D. L. Runnels
    Brigid Hanson
    Kathleen Dickinson
    Frank Lopez