IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LENNIS L. ROBERSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEANNE WOODFORD, et al.,,<br><br>　　　　　　　　　　　Defendants. | CASE NO. C 07-3497 CRB (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Lennis Roberson brought the above-entitled suit alleging violations of the First Amendment, Fourteenth Amendment, and RLUIPA. Defendants Childers, Gibbs-Battenfeld, Guerra, and Woodford moved for summary judgment under Rule 56 of the Federal Rules of Civil Procedure on the grounds that Plaintiff cannot establish a prima facie case that Defendants substantially burdened Plaintiff's religious exercise. The Court has reviewed Defendants' motion, all opposition papers, and good cause appearing, GRANTS Defendants' motion for summary judgment.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

[Proposed] Order Granting Defs.' Mot. Summ. J.　　　　　　　　　　Roberson v. Woodford, et al
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07-3497 CRB (PR)

1