IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lennis L. Roberson,<br><br>    Plaintiff,<br><br>    v.<br><br>Jeanne Woodford, et al.,<br><br>    Defendants | Case No. C07-3497 CRB (PR)<br><br>PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT |

    1. For the reason[s] set forth herein Plaintiff Lennis L. Roberson respectfully request a ninety (90) day extension of time in which to file opposition to Defendants' Motion for Summary Judgment.

    2. On February 15, 2008 Plaintiff received Defendants' Motion for Summary Judgment.

3. I request additional time to evaluate defendants' Motion for Summary Judgment to do research Defendants' assertions that: A) Defendants Cannot Be Liable For Burdening Religious Exercise..., B) RLUIPA Does Not Have Retroactive Effect, C) Plaintiff Did Not Argue That He Was Wrongfully Disciplined at the Administrative Level, in addition to Qualified Immunity claims by Defendants.

4. Due to ongoing modified programs, lockdowns, fog counts and other events all of which effect Plaintiff's access to the law library at CTF Soledad. Interruptions, or limits to Plaintiff's access to the law library causes delays and affects legal research and Plaintiff's ability to effectively respond to Defendants' Motion for Summary Judgment. Plaintiff does not believe himself capable of responding to each of Defendants' arguments in their Motion for Summary Judgment without an extension of time.

5. For these reasons it is respectfully requested that Plaintiff be granted an extension of time of Ninety (90) days after the date on which the opposition to Motion for Summary Judgment is presently due -- which will be June 14, 2008. The time requested will allow Plaintiff time to research and file oppositions and declarations.

6. This request for extension of time is not made for the purpose of harassment or undue delay or for any improper reason.

DATE: 2-22-08

Respectfully Submitted,

*Lennis L. Roberson* (signature)

Lennis L. Roberson

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, Lennis L. Roberson, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

L.L. Roberson, CDCR #: D-34017
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: CW/128
SOLEDAD, CA 93960-0689.

On February 22, 2008, I served the attached:

MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

United States District Court
Northern District of CA
450 Golden Gate Ave.
San Francisco, CA 94102


Department of Justice
Office of the Attorney General
455 Golden Gate Ave. Suite 11000
San Francisco, CA 94100-3664


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 2-22-08.

*L. Roberson*
L. Roberson
Declarant

L. Roberson D-34017
CTF Central CW-128
PO Box 689
Soledad, CA 93960-0689

Legal Mail

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102