IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LENNIS L. ROBERSON,

    Plaintiff,

  v.

JEANNE WOODFORD,

    Defendant(s).

No. C 07-03497 CRB (PR)

ORDER

    Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendants' motion for dismissal/summary judgment is GRANTED in part. Plaintiff shall file an opposition by no later than May 16, 2008, and defendants shall file a reply within 15 days thereafter.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 15.

SO ORDERED.

DATED: April 3, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Roberson, L1.eot.wpd