# EXHIBIT "B"

|  | CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: RELIGIOUS PROGRAMS |
|---|---|---|
| | | Reference: DOM 53050 |
| | | Revision Due Date: MAY 2003 Responsibility: COMMUNITY RESOURCE MANAGER |

## RELIGIOUS PROGRAMS

### RESPONSIBILITY
The Community Resources Manager (CRM) will provide supervision to Chaplains at the Correctional Training Facility (CTF).

### CTF Chaplains are as follows:
Protestant (Full Time)             Muslim (Full Time)
Catholic (Full Time)               Native American Spiritual Leader (Part Time)
Jewish (Part Time)

### CHAPLAIN DUTIES
The Pastoral duties of chaplains and Native American Spiritual Leader shall consist of the following:

Worship Services      Administering Sacraments      Religious Programs
Pastoral Visiting      Religious Education           Counseling

In addition to the aforementioned duties, chaplains and Native American Spiritual Leader have specific roles as they relate to inmate death notification, marriages, funerals and memorial services, pastoral services to employees, and service on various committees.

Chaplains and Native American Spiritual Leader shall be responsible organizing and scheduling regular daily and/or weekly worship services; special religious services on religious and national holidays; interfaith services; memorial and funeral services; and through the Office of the Community Resources Manager, approve and schedule worship services and religious programs conducted by religious community volunteers (clergy and religious representatives).

### Worship Services Schedule

| FAITH GROUP | DAY | LOCATION | TIMES |
|---|---|---|---|
| PROTESTANT | SUN | CENTRAL | 1000-1230 |
| | | NORTH | 1300-1430 |
| | | SOUTH | 0800-0915 |
| CATHOLIC | SUN | CENTRAL | 0930-1130 |
| | SAT | NORTH | 0900-1130 |
| | | SOUTH | PENDING |
| MUSLIM | FRI | CENTRAL | 15:00-1630 |
| | | NORTH | 14:00-1500 |
| | | SOUTH | 1300-1400 |
| NATIVE AMERICAN | SAT/THU | CENTRAL | 0800-1400 |
| | SUN/FRI | NORTH | 0800-1400 |
| | SAT | SOUTH | 0800-1400 |



| CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: RELIGIOUS PROGRAMS |
|---|---|
| | Reference: DOM 53050 |
| | Revision Due Date:  MAY 2003 |
| | Responsibility:  COMMUNITY RESOURCE MANAGER |

## Con't: Worship Services Schedule

| FAITH GROUP | DAY | LOCATION | TIMES |
|---|---|---|---|
| JEWISH | WED | CENTRAL | PENDING |
| | | NORTH | PENDING |
| | | SOUTH | PENDING |

## SPECIAL RELIGIOUS SERVICES /PROGRAMS

In January of each year Chaplains will provide the CRM with a list of Special Religious Holiday/Events planned for the calendar year. Special religious services (other than regularly scheduled) are frequently necessary to commemorate significant days for the faith group, e.g. Ramadan, Yom Kippur, Christmas, Summer Solstice. The Chaplains must make arrangements through the CRM for such programs. This must be done at least four weeks in advance to avoid confusion and conflict with regular institution programming. Advance scheduling is also important in planning these events due to custody considerations.

In the Special Religious Services/Program proposal the Chaplain will clearly identify all aspects of the special event. This includes a description of the event, when and where it will be observed, the schedule to be followed and support required (place, food, staff, special items, outside guests). At least one week prior to the event the Chaplain will distribute inmate and guest attendance lists to all areas necessary to ensure inmate attendance. The Chaplain will approve all inmate attendance lists to special religious events/banquets to ensure inmate attendees are active participants in that particular faith group.

The Warden has authorized each religious group to have outside guests (immediate family members) participate in one special religious event per calendar year. The following requirements must be met for outside guest participation:

1. Outside guest must be an immediate family member, as defined in Title 15, Section 3000.
2. Outside guest must be an approved visitor prior to the special religious service/program.
3. Only TWO outside guests per inmate.

## RELIGIOUS VOLUNTEERS

The use of volunteer religious leaders and lay persons from the community will assist in the programs and activities of the religious program at CTF as coordinated by the chaplain staff. Volunteers are persons who provide a service to the institution without expectation of remuneration. Volunteers must confine their religious activities to inmates of their faith group. They must not proselytize for their own religion. All volunteer clearances will be coordinated through the CRM. A long-term volunteer who has provided a minimum of six months service with a frequency of more than one visit per month, will be issued a beige ID card. Long–term volunteers receive 4 hours of new employee orientation prior to issuance of the ID card by the institution personnel office. Long–term volunteers do not require escorts or direct supervision, however chaplains and/or custody staff are to provide indirect supervision and monitoring while volunteers perform services.

Volunteers will not be permitted in O-Wing unless approved by the appropriate Associate Warden and Chief Deputy Warden at Central Facility.



| CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: RELIGIOUS PROGRAMS |
|---|---|
| | Reference: DOM 53050 |
| | Revision Due Date: MAY 2003 |
| | Responsibility: COMMUNITY RESOURCE MANAGER |

Religious literature intended for distribution by volunteers must be cleared by the staff Chaplain prior to introduction into the institution. Audio and videotapes brought into the institution require clearance through the Community Resources Manager and Associate Warden of the affected facility.

Each Chaplain will report, on a quarterly basis, the number of all volunteer hours of inmate contact and inmate attendance of volunteer sessions. Each Chaplain will also report other pertinent statistical information necessary to complete the religious quarterly report.

## LOCATION AND USE OF CHAPEL

Each Facility (Central, North, and South) chapel area consists of a chapel, offices, utility room, a reception/clerk area, and a religious library. It is the policy of CTF that inmate access to chapels requires direct supervision of the institutional Chaplain, Native American Spiritual Leader, or long-term volunteers (beige cardholders).

Religious program clerks are allowed and required to work in the absence of the Chaplain and religious program volunteers. They have access to the reception/clerk area and utility room. They may also have limited access to the chapel for preparation of services at the special direction of the Chaplain. Searches shall be conducted with dignity and due respect to the sanctuary. When practical, the Chaplain or Native American Spiritual Leader will be present.

## LOCATION AND USE OF SWEAT LODGE

The designated area at Central and South Facility is on the Recreation Yards. At North Facility the Sweat Lodge is located in the area behind Whitney and Shasta Halls. The American Indian Sweat Lodge is to be considered sacred. The sanctity must be observed and preserved, not only by inmates, but staff as well. Searches shall be conducted with dignity and due respect to the sweat lodge. When practical, the Chaplain or Native American Spiritual Leader will be present.

## SWEAT LODGE CEREMONIES

The Sweat Lodge is an integral part of the religious practice of Native Americans. It is considered sacred in its use to purify the body for the offering of prayers. The Sweat Lodge provides a place where Native Americans can express their essential religious tenants and represents weekly worship service.

Sweat Lodge facilities located at each Facility (Central, North, and South) are designated for religious use. Use of the Sweat Lodge for non-religious activities requires advance approval of the executive body of the institution American Indian group, outside community spiritual leader and concurrence of the Warden.

The Sweat Lodge area will be treated with the same respect as that afforded the chapels and meeting places of other religious groups at the institution.

The Sweat Lodge ceremonies will be conducted on a regularly scheduled basis. One sweat ceremony will be conducted for the Native Americans of the general inmate population, and a second sweat for C-Status inmates.

| | Subject: RELIGIOUS PROGRAMS |
|---|---|
| CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Reference: DOM 53050 |
| | Revision Due Date: MAY 2003 |
| | Responsibility: COMMUNITY RESOURCE MANAGER |

Correctional Training Facility shall be responsible for obtaining adequate supply of wood to conduct sweat ceremonies. This wood will be supplied as available from existing resources. Approximately 70 pieces of wood are required for each Purification Ceremony (Sweat Lodge Ceremony).

## RELIGIOUS ARTIFACTS
Penal Code Section 5009 requires the California Department of Corrections (CDC) to permit all inmates a reasonable opportunity to express religious freedom. Since a significant number of religions require the use of various religious artifacts in worship services, religious expression includes the use of artifacts such as with respect to Native Americans: Choker, Headband, Wristband, and Medicine bag; Muslims: Prayer mat/rug, prayer beads, and medallion; Jews: Yarmulkes, prayer book (siddur), and bible; Catholics/Protestants: rosary, cross/crucifix with chain, medallions, Saint Christopher, Blessed Virgin, Sacred Heart and bible.

The institutional Chaplain or religious leader from the community can assist in identifying and determining if an item is a religious artifact. Wearing of religious artifacts at times other than during religious occasions, sweat days, and special ceremonies requires specific approval of the Warden or his/her designee.

## SPIRITUAL PACKAGE PROCEDURE
Religious artifacts are received through approved spiritual packages containing only those religious artifacts necessary for inmates to worship or practice their faith. Spiritual packages will not contain food items. Food is not considered a religious artifact.

An inmate's status with regard to the Inmate Work/Training Incentive Program does not affect an inmate's religious right to receive a spiritual package. General Population inmates may order spiritual packages twice per calendar year (Jan-Dec). Inmates will obtain religious artifacts from CTF approved special purchase vendors using the following forms: *RELIGIOUS ARTIFACTS SPECIAL PURCHASE ORDER [attachment (A)], or SPIRITUAL PACKAGE/RELIGIOUS ARTIFACTS [attachment (B)].* The inmate's group Chaplain, CRM and Receiving and Release staff shall approve all inmate purchase orders. Approved special purchases will be processed through institutional special purchase procedures.

All religious artifacts are special purchases, which will be received via the U.S. Mail or by United Parcel Service (UPS). They must be received directly from the vendor with a return address and the inmate's name, number and housing clearly marked on the outside of the package. Packages will be refused if they arrive at the institution without the required information.

All items received through the Religious Special Purchase Procedure will be distributed by R&R and will be recorded on the inmate's property card. Religious material is to be considered part of the inmate's allowable six cubic feet of property. All religious material purchased is subject to being searched. Fragrance oils may be randomly tested for potential drugs. Any item found to have been modified from its original form will be confiscated as contraband.

4

|  | CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: REL. .OUS PROGRAMS |
| --- | --- | --- |
| | | Reference: DOM 53050 |
| | | Revision Due Date:  MAY 2003 |
| | | Responsibility:  COMMUNITY RESOURCE MANAGER |

## CATHOLIC

Inmates are approved to posses and utilize the following religious artifacts.

ROSARY WITH CRUCIFIX: Beads must be made of round, non-metallic, non-glass materials. Colors may vary. Beads must be strung in lengths not to exceed 12 inches (39 beads). Crucifix must measure less than 2" in length and height. Rosary strings or beads may not be altered in any way. Authorized quantity: one string per inmate/one Rosary per inmate. Maximum Value: $25.00.

## JEWISH

Inmates are approved to possess and utilize the following religious artifacts.

PRAYER SHAWL ("TALLIT"): May be blue or white in color, made of silk, wool, or other material. Shawls may have embroidery and other ornamentation, as appropriate, and may be worn during ceremonies. Authorized quantity: one per inmate. Maximum value: $50.00.

YARMULKE ("KIPPAH"): Head covering may be navy blue, white or gray, made of silk, wool, or knitted material, plain, no embroidery or ornamentation. Authorized quantity: Two (2) per inmate. Maximum value: $10.00.

PHYLACTERIES ("TEFILLIN"): Worn on the hand and head, made of black leather bands or straps with a wooden box (approximately 3" x 4") attached. Box may have Hebrew inscriptions around sides. Authorized quantity: Two (2) per inmate (one for hand and one for head). Maximum value: $100.00.

PRAYER BOOK ("SIDDUR"): Authorized quantity: One (1) book per inmate. Hebrew/English prayer book for daily Sabbath/Festival worship. No hardcover books permitted.

HEBREW/ENGLISH BIBLE: Authorized quantity: One (1) book per inmate. No hardcover books permitted.

## MUSLIM

Inmates are approved to possess and utilize the following religious artifacts.

PRAYER RUG: Design and color of rug may vary; however, maximum size is 24"x40". Rugs shall be maintained inside cell area, and may not be used to cover walls, doors, windows or floors. Authorized quantity: one per inmate. Maximum value: $20.00

KUFI (PRAYER SKULL CAP): Caps must be a solid color (i.e., white, gray or navy blue), plain, crochet/knitted, with no embroidery or ornamentation. Authorized quantity: Two (2) per inmate. Maximum value: $10.00

PRAYER OILS: Oils must be non-alcoholic and received in manufacturer sealed plastic see-through containers. Limit of four ounces per inmate per six months.



| | CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: RELIGIOUS PROGRAMS |
|---|---|---|
| | | Reference: DOM 53050 |
| | | Revision Date: MAY 2003 |
| | | Responsibility: COMMUNITY RESOURCE MANAGER |

HOLY QUR'AN: Authorized quantity: One (1) book per inmate. No hardcover books are permitted.

## NATIVE AMERICAN
Inmates are authorized to possess and utilize the following religious artifacts.

BEADING MATERIAL: Beads may be multicolored, but must be plastic, non-metallic, non-glass with large holes. Porcupine quills are authorized for stringing beads. White nylon thread on the spool only (10 yards or less).

OTHER MATERIALS: Multi-colored bandanas only, no solid colors. Fabric in the size of two (2) inch squares only for prayer ties, any pieces larger will not be allowed. Medicine Bags are authorized. Sacred Pipe with Canupa Bag is authorized with specific approval of the Native American Spiritual Leader. A limit of twelve (12) feathers is allowed. Smaller pieces of leather will be allowed, nothing over 12 inches in width.

## ALL RELIGIONS
MEDALLIONS: Shall be no larger than two inches in length and height; no pointed ends or sharp edges (Star of David okay). Cost of $100.00 or less (including chain). Must arrive with a receipt depicting the value (items arriving without a receipt shall be returned to sender at the inmate's expense). Items that appear more ornamental than religious (i.e., adorned with gems or precious stones) shall be returned to sender at the inmate's expense. Items must not present a safety hazard or jeopardize the safety and security of the institution. Limit one per inmate.

## PROHIBITED ITEMS
Bees wax; waxed string or cord; nylon monofilament-type line; sinew; sewing/upholstery needles; animal pelts, skins, furs or hides; earrings or earring clasps; candles; animal claws with sharp ends; scarves; metal beads; incense; any of the authorized items above exceeding list quantity.

Jill L. Brown
Warden (A)

May 22, 2002

# EXHIBIT   "C"

CORRECTIONAL TRAINING FACILITY
SPIRITUAL PACKAGE/RELIGIOUS ARTIFACTS
SOLEDAD CALIFORNIA

To        :    All Concerned

From      :    J.W. Hamlet, Warden

Subject   :    General Population Inmates Only—Approved Vendor's Purchase Items: Rosaries, Prayer Beads, Prayer oils, Prayer
               Kufi Caps, Native American artifacts, Prayer Shawls, Yarmulkes—NO BOOKS (Mail Room Only). Other religious
               artifacts which meet institution specifications.

               Any and all religious packages addressed to inmates at CTF Soledad must be in compliance with these regulations:

               1.    All items purchased must be sent to a designated inmate by an approved visitor/family member/correspondent
                     must originate from a recognized vendor. Receipts must accompany all purchases.

               2.    All approved items (specifications noted below) shall be shipped directly from a recognized vendor. Vendor must
                     send container clearly marked with the stamp of the vendor's return address on the address label.

               3.    Packages shall be sent via U.S. Mail or by United Parcel Service (U.P.S.). The inmate's address label must be
                     affixed to the outside of the package or it will be refused when it arrives at the prison.

               4.    All items received will be searched and inspected to insure compliance with institution policy. Any item received
                     that does not comply with described restrictions will be returned to the point of origin at the vendor's/inmate's
                     expense.

               5.    Both the inmate and the sender must sign the address label. If the package arrives without both signatures,
                     sender's address, and vendor's stamp, the package will be refused.

               6.    There will be no exceptions to the rules and regulations established in this special religious item
                     purchase/vendor form.

               7.    Inmates are restricted to ordering only items for their specific faith group.

               SPECIFICATIONS:

               •    **Medallions:**
                    Shall be no larger than two inches in length and height; no pointed ends or sharp edges (Star of David okay);
                    cost $100.00 or less (including chain); must arrive with a receipt depicting the value (items arriving without a
                    receipt shall be returned to sender at the inmate's expense); items that appear more ornamental than religious
                    (i.e., adorned with gems or precious stones) shall be returned to sender at the inmate's expense; must not
                    present a safety hazard or jeopardize the safety and security of the institution. Limit one per inmate.

               •    **Skull Cap / Kufi Cap / Yarmulke ("Kippah"):**
                    Caps must be plain with no embroidery or ornamentation; a solid color (i.e., white, gray or navy blue), silk, wool
                    or crochet/knitted. Authorized quantity: Two (2) per inmate. Maximum value: $10.00

               •    **Prayer Oils:**
                    Oils must be non-alcoholic and received in manufacturer sealed plastic see-through containers. Limit of four
                    ounces per inmate per six months.

               •    **Prayer Beads/Rosary with Crucifix:**
                    Beads must be made of round, non-metallic, non-glass materials. Colors may vary. Beads must be strung in
                    lengths not to exceed 12 inches (39 beads). Crucifix must measure less than 2" in length and height. Rosary
                    strings or beads may not be altered in any way. Authorized quantity: one string per inmate/one Rosary per
                    inmate. Maximum value: $25.00.

               •    **Prayer Rug:**
                    Design and color of rug may vary; however, maximum size is 24"x40". Rugs shall be maintained inside cell area,
                    and may not be used to cover walls, doors, windows or floors. Authorized quantity: one per inmate. Maximum
                    value: $20.00

               •    **Prayer Shawl ("Tallit"):**
                    May be blue or white in color, made of silk, wool, or other material. Shawls may have embroidery and other
                    ornamentation, as appropriate, and may be worn during ceremonies. Authorized quantity: one per inmate.
                    Maximum value: $50.00.

               •    **Phylacteries ("Tefillin"):**
                    Worn on the hand and head, made of black leather bands or straps with a wooden box (approximately 3" x 4")
                    attached. Box may have Hebrew inscriptions around sides. Authorized quantity: Two (2) per inmate (one for
                    hand and one for head). Maximum value: $100.00.

               •    **Beading Material:**
                    Beads may be multicolored, but must be plastic, non-metallic, non-glass with large holes. Porcupine quills are
                    authorized for stringing beads. White nylon thread on the spool only (10 yards or less).

               •    **Prohibited Items:**
                    Bees wax; waxed string or cord; nylon monofilament-type line; sinew; sewing/upholstery needles; animal pelts,
                    skins, furs or hides; earrings or earring clasps; candles, animal claws with sharp ends, scarves, metal beads,
                    incense, any of the authorized items above exceeding list quantity.

NOTICE TO INMATE AND SENDER: THIS FORM MAY NOT BE REPRODUCED WITHOUT AUTHORIZATION

## NOTICE TO SENDER

### IF AN ITEM IS NOT ON THE APPROVED LIST – DO NOT SENT IT

**PURCHASING AND SENDING INSTRUCTIONS:**

Upon receiving the Vendor's Purchase Form, confirm all specifications with recognized vendor and purchase price of item desired.

Instruct vendor to attach the Address Label to the package to be sent directly from the vendor to the inmate. Ensure that the vendor places his return address on the package to be sent to the inmate. Item must be sent in original container with seal and stamp from vendor.

Both inmate and approved visitor/correspondent must sign the below address label (with the sender's address in the "from" area) prior to the vendor stamping it and attaching the same label to the package being sent to the inmate.

FAILURE TO COMPLY WITH THIS PROCEDURE WILL RESULT IN THE PACKAGE BEING RETURNED TO THE VENDOR

The Receiving and Release Sergeant will not assume responsibility for liability of packages received in damaged condition. Correctional Training Facility does not assume responsibility for any warranties of items sent to the inmate. The inmate assumes full responsibility for maintaining all warranties and/or guarantees of received items. Items being returned to the approved vendor for warranty/guarantee repairs/service will be forwarded to the vendor at the inmate's expense.

**EXAMPLES OF RECOGNIZED VENDORS:**

Pacific Western Traders (305 Wool St., Folsom CA 95630); Dawah Book Shop (4801 S. Crenshaw Ave., Los Angeles CA 90043); Crescent Imports (P.O. Box 7827, Ann Arbor MI 40107-7827); Wakeda Trading Post (P.O. Box 19146, Sacramento CA 95819); Caravan Express (P.O. Box 12148, Norfolk VA 23541); Farooq K&D, Inc. (3350 Shelby St., Suite 200, Ontario CA 92113); Garden of Fragrance (P.O. Box 152513, San Diego CA 92113).

CLIP ON THE DOTTED LINE BELOW AND ATTACH THE LABEL TO THE OUTSIDE OF THE PACKAGE

**CORRECTIONAL TRAINING FACILITY**
Soledad, California

### RELIGIOUS COMMISSARY ADDRESS LABEL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Religious tapes are restricted to religious music only. Tapes are subject to a maximum limit of ten (10) per inmate. Tapes must arrive in manufacturer's sealed package. Inmates must possess tape playback unit.**

From

| | | | | TO: | |
|---|---|---|---|---|---|
| S A | | S A | | Inmate's Name | CDC# |
| E D | | H D | | | |
| N D | | I D | | Correctional Training Facility | |
| D R | | P R | | | |
| E E | | E | | POST OFFICE BOX_____,(_____) | |
| R S | | T S | | Facility POB, | (Housing) |
| S S | | O S | | | |
| | | | | SOLEDAD, CALIFORNIA 93960 | |

|  |
|---|
| **CTF APPROVAL SIGNATURES:** |
| _____ |
| Faith Group Chaplain |
| _____ |
| Community Resources Manager |
| _____ |
| Receiving & Release |

Place Vendor Stamp Here

### NO EXCEPTIONS AGREEMENT

I authorize the Receiving and Release Sergeant to return enclosed items to the vendor if the item is not in compliance with specified institutional policies, at my expense. The Receiving and Release Sergeant assumes no responsibility for items received in damaged condition.

_____
INMATE'S SIGNATURE

_____
SENDER'S SIGNATURE

## CORRECTIONAL TRAINING FACILITY
## PO BOX 686 – HIGHWAY 101 N
## SOLEDAD, CALIFORNIA 93901

## RELIGIOUS ARTIFACTS SPECIAL PURCHASE ORDER
This form must be utilized for purchasing Religious Artifacts.

Check faith group:

☐ Catholic ☐ Jewish ☐ Muslim ☐ Native American ☐ Protestant ☐ Other: _____

**VENDOR:** _____     **SHIP TO:**  Correctional Training Facility
Business Name _____                   P.O. Box 686
Business Address _____                 Highway 101 North
                                                             Soledad, CA 93960

| QUANTITY | CAT # | PAGE | ITEM DESCRIPTION | COST |
|----------|-------|------|------------------|------|
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |

| | |
|---|---|
| **INMATE NAME:** _____ _____<br> (LAST)                    (FIRST) | **SUBTOTAL** $ _____ |
|  | **+ IWF 10%** $ _____ |
| **INMATE CDC#** _____  **HOUSING:**_____ | **+ SHIPPING** $ _____ |
| **INMATE SIGNATURE:** _____ | **TOTAL COST** $ _____ |

NOTED AND APPROVED / DISAPPROVED (CHAPLAIN)

| | | | |
|---|---|---|---|
| PRINT NAME | TITLE | SIGNATURE | DATE |

NOTED AND APPROVED / DISAPPROVED (CRM)

| | | | |
|---|---|---|---|
| PRINT NAME | TITLE | SIGNATURE | DATE |

NOTED AND APPROVED / DISAPPROVED (R&R)

| | | | |
|---|---|---|---|
| PRINT NAME | TITLE | SIGNATURE | DATE |



| | CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: RELIGIOUS PROGRAMS |
|---|---|---|
| | | Reference: DOM 53050 |
| | | Revision Due Date: MAY 2003 |
| | | Responsibility: COMMUNITY RESOURCE MANAGER |

PRAYER BEADS: Beads must be made of round, non-metallic, non-glass materials. Colors may vary. Beads must be strung in lengths not to exceed 12 inches (39 beads). Prayer bead strings may not be altered in any way. Authorized quantity: one string per inmate/one Rosary per inmate. Maximum Value: $25.00.

HOLY QUR'AN: Authorized quantity: One (1) book per inmate. No hardcover books are permitted.

## NATIVE AMERICAN
Inmates are authorized to possess and utilize the following religious artifacts.

BEADING MATERIAL: Beads may be multicolored, but must be plastic, non-metallic, non-glass with large holes. Porcupine quills are authorized for stringing beads. White nylon thread on the spool only (10 yards or less).

OTHER MATERIALS: Multi-colored bandanas only, no solid colors. Fabric in the size of two (2) inch squares only for prayer ties, any pieces larger will not be allowed. Medicine Bags are authorized. Sacred Pipe with Canupa Bag is authorized with specific approval of the Native American Spiritual Leader. A limit of twelve (12) feathers is allowed. Smaller pieces of leather will be allowed, nothing over 12 inches in width.

## ALL RELIGIONS
MEDALLIONS: Shall be no larger than two inches in length and height; no pointed ends or sharp edges (Star of David okay). Cost of $100.00 or less (including chain). Must arrive with a receipt depicting the value (items arriving without a receipt shall be returned to sender at the inmate's expense). Items that appear more ornamental than religious (i.e., adorned with gems or precious stones) shall be returned to sender at the inmate's expense. Items must not present a safety hazard or jeopardize the safety and security of the institution. Limit one per inmate.

## PROHIBITED ITEMS
Bees wax; waxed string or cord; nylon monofilament-type line; sinew; sewing/upholstery needles; animal pelts, skins, furs or hides; earrings or earring clasps; candles; animal claws with sharp ends; scarves; metal beads; incense; any of the authorized items above exceeding list quantity.

J. Hamlet
Warden

August 13, 2002

# EXHIBIT    "D"

| | Correctional Training Facility | Subject: RELIGIOUS PROGRAMS |
|---|---|---|
|  | OPERATIONAL PROCEDURE #42 | Reference: Department Operations Manual 53050 |
| | | Next Revision Date: November 2004 |
| | | Responsibility: Community Resources Manager |

All religious artifact packages will be distributed by Central R&R and North and South Package Rooms respectively, and will be recorded on the inmate's property card. Religious material is considered part of the allowable six cubic feet of property per inmate. All religious material purchased is subject to search. Fragrance oils may be randomly tested for drugs. Any item modified from its original form will be confiscated as contraband.

Inmate Work/Training Incentive Program does not affect religious right to receive religious artifacts

## APPROVED RELIGIOUS ARTIFACTS

Inmates are approved to possess and utilize religious artifacts for the faith group indicated.

### CATHOLIC RELIGIOUS ARTIFACTS

ROSARY WITH CRUCIFIX: Beads must be made of round, non-metallic, non-glass materials. Colors may vary. Beads must be strung in lengths not to exceed 12 inches (39 beads). Crucifix must measure less than 2" in length and height. Rosary strings or beads may not be altered in any way. Authorized quantity: One string per inmate/one Rosary per inmate. Maximum Value: $25.00.

### JEWISH RELIGIOUS ARTIFACTS

PRAYER SHAWL ("TALLIT"): May be blue or white in color, made of silk, wool, or other material. Shawls may have embroidery and other ornamentation, as appropriate, and may be worn during ceremonies. Authorized quantity: one per inmate. Maximum value: $50.00.

PHYLACTERIES ("TEFILLIN"): Worn on the hand and head, made of black leather bands or straps with a wooden box (approximately 3" x 4") attached. Box may have Hebrew inscriptions around sides. Authorized quantity: Two (2) per inmate (one for hand and one for head). Maximum value: $100.00.

PRAYER BOOK ("SIDDUR"): Authorized quantity: One (1) book per inmate. Hebrew/English prayer book for daily Sabbath/Festival worship. No hardcover books permitted.

HEBREW/ENGLISH BIBLE: Authorized quantity: One (1) book per inmate. No hardcover books permitted.

### MUSLIM RELIGIOUS ARTIFACTS

PRAYER RUG: Design and color of rug shall be white, gray, or light gray, with a maximum size of 24"x40". Rug must have fire retardant label. Rug shall be maintained inside cell area, and may not be used to cover walls, doors, windows or floors. Authorized quantity: one per inmate. Maximum value: $20.00

December 17, 2003



| **Correctional Training Facility** | **Subject: RELIGIOUS PROGRAMS** |
| **OPERATIONAL PROCEDURE #42** | **Reference: Department Operations Manual 53050** |
| | **Next Revision Date: November 2004** |
| | **Responsibility: Community Resources Manager** |

PRAYER OILS: Up to a maximum of four ounces of prayer oil may be ordered every 6 months. The oil must be non-alcoholic. Bottle must be non-glass and transparent. Scents are limited to African Musk, Egyptian Musk, Casmir, and Samali Rose. Possession of more than 4 ounces is not permitted. Use of prayer oil is confined to religious services.

PRAYER BEADS: Beads must be made of round, non-metallic, non-glass materials. Colors may vary. Beads must be strung in lengths not to exceed 12 inches (39 beads). Prayer bead strings may not be altered in any way. Authorized quantity: one string per inmate. Maximum Value: $25.00.

HOLY QUR'AN: Authorized quantity: One (1) book per inmate. No hardcover books are permitted.

## NATIVE AMERICAN RELIGIOUS ARTIFACTS

BEADING MATERIAL: Beads may be multicolored, but must be plastic, non-metallic, non-glass with large holes. Porcupine quills are authorized for stringing beads. White nylon thread on the spool only (10 yards or less).

OTHER MATERIALS: Multi-colored bandanas only, no solid colors. Fabric in the size of two (2) inch squares only for prayer ties, any pieces larger will not be allowed. Medicine Bags are authorized. Sacred Pipe with Canupa Bag is authorized with specific approval of the NASL. A limit of twelve (12) feathers is allowed. Smaller pieces of leather will be allowed, nothing over 12 inches in width.

## ALL RELIGIONS

MEDALLIONS: Shall be no larger than two inches in length and height; no pointed ends or sharp edges (Star of David okay). Cost of $100.00 or less (including chain). Must arrive with a receipt depicting the value (items arriving without a receipt shall be returned to sender at the inmate's expense). Items that appear more ornamental than religious (i.e., adorned with gems or precious stones) shall be returned to sender at the inmate's expense. Items must not present a safety hazard or jeopardize the safety and security of the institution. Limit one per inmate.

HEAD COVERINGS: (Yarmulke, Kippah, Kufi, Prayer Cap) Made of silk, wool, or knitted material. Must be of solid color (white or gray) with no ornamentation. Authorized quantity: 2 per inmate. Maximum value: $10.00.

## PROHIBITED ITEMS

Bees wax, waxed string or cord, nylon monofilament type line, sinew, sewing/upholstery needles, animal pelts, skins, furs or hides, earrings or earring clasps, candles, animal claws with sharp ends, scarves, metal beads, incense, or any of the authorized items above exceeding list quantity.

Items presenting safety hazards or the potential for breaches in security shall not be ordered by the inmate nor received by the institution.

|  | Correctional Training Facility | Subject: RELIGIOUS PROGRAMS |
| --- | --- | --- |
| | OPERATIONAL PROCEDURE #42 | Reference: Department Operations Manual 53050 |
| | | Next Revision Date: November 2004 |
| | | Responsibility: Community Resources Manager |

Authorization or denial of any religious item not listed herein shall be evaluated on a case-by-case basis with security concerns paramount in the consideration process. Additional criteria of essential religious tenet(s) and viable substitution(s) are also used as guides.

J. Solis
Warden

December 17, 2003

# EXHIBIT   "E"

State Of California                                                    Department of Corrections

# Memorandum

Date:        June 30, 2003

To:          Chief Deputy Wardens
             Associate Wardens
             Correctional Captains
             Facility Captains

Subject:     Suspension of Approval to Purchase Prayer Oils

Approval to purchase prayer oils via Special Canteen is suspended until further notice.
This action is being taken to allow investigation into the unauthorized use and possession
of oils by inmates other than those who purchased them.

Any pending Special Canteen orders are to be returned to the inmate who submitted the
order. No additional orders are to be accepted.

Please ensure that this information is shared with staff and inmates at your respective
facilities.

J. W. Hamlet
Warden
Correctional Training Facility, Soledad

Cc:     Community Resources Manager
        Receiving & Release

# EXHIBIT   "F"

State of California

**MEMORANDUM**

*AMENDED FOR*
*LUNCHES ONLY!*

DATE:    APRIL 24, 2003

TO:    **INMATE MUSLIM COMMUNITY**
    **CTF - SOLEDAD**

SUBJECT:    **SPECIAL RELIGIOUS DIETS**

There seems to be some confusion as to the proper meat substitute for the lunch meals. Pursuant Operations Procedure #67, the Correctional Food Manager II, in consultation with the institutional chaplains, has developed two (2) SRD diets: Modified *or Strict*.

Inmates, whose religious beliefs do not permit them to eat meat (ex: Muslim Community inmates), will be issued a sack lunch consisting of the regular meal issue. However, all meat items from the regular meal will be substituted with either a one-ounce (1oz) issue of *one (1)* of the following items:

- ❖ Dried Peaches
- ❖ Dried Apples
- ❖ Dried Raisins
- ❖ Dried Prunes
- ❖ Almonds
- ❖ Dates
- ❖ Cheese Slice
- ❖ Peanut Butter ind.
- ❖ Jelly ind.

*It should be noted that the items listed above are subject to availability and may / may not be available at all times.*

Please feel free to contact the Assistant Correctional Food Managers at extension #4802 or #5864 for any further assistance needed in this matter.

A. O. Amaya
Correctional Food Manager II
CTF – Soledad

CC: File

State of California

**M E M O R A N D U M**

DATE:        **APRIL 24, 2003**

*AMENDED FOR*
*BREAKFAST ONLY!*

TO:          **INMATE MUSLIM COMMUNITY**
             **CTF - SOLEDAD**

SUBJECT:     **SPECIAL RELIGIOUS DIETS**

There seems to be some confusion as to the proper meat substitute for the breakfast meals. Pursuant Operations Procedure #67, the Correctional Food Manager II, in consultation with the institutional chaplains, has developed two (2) SRD diets: Modified *or Strict*.

Inmates, whose religious beliefs do not permit them to eat meat (ex: Muslim Community inmates), will be issued a diet tray consisting of the regular meal issue. However, all items from the regular meal that contain meat will be substituted with either *second helping "issue" of hot cereal* or a starch food item from the breakfast meal. This option is only when there is *not* a designated substitute.

If the meat substitute is identified, then you will be provided the substitute as identified. This *does not* mean that when the (AE) item is already identified on the menu (i.e. peanut butter), you may get a second issue of hot cereal.

This means that if there is not a substitute identified on the menu, then you may be provided a substitute for the meat item of a second issue of hot cereal or a starch item.

At no time will individual cereals be utilized as the meat substitute.

Please feel free to contact the Assistant Correctional Food Managers at extension #4802 or #5864 for any further assistance needed in this matter.

*A.O.Maya*

A. O. Amaya
Correctional Food Manager II
CTF – Soledad

CC: File

# EXHIBIT    "B"



| | CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: RELIGIOUS PROGRAMS |
|---|---|---|
| | | Reference: DOM 53050 |
| | | Revision Due Date:  MAY 2003 |
| | | Responsibility:  COMMUNITY RESOURCE MANAGER |

## RELIGIOUS PROGRAMS

### RESPONSIBILITY
The Community Resources Manager (CRM) will provide supervision to Chaplains at the Correctional Training Facility (CTF).

### CTF Chaplains are as follows:

Protestant (Full Time)                    Muslim (Full Time)
Catholic (Full Time)                      Native American Spiritual Leader (Part Time)
Jewish (Part Time)

### CHAPLAIN DUTIES
The Pastoral duties of chaplains and Native American Spiritual Leader shall consist of the following:

Worship Services      Administering Sacraments      Religious Programs
Pastoral Visiting     Religious Education           Counseling

In addition to the aforementioned duties, chaplains and Native American Spiritual Leader have specific roles as they relate to inmate death notification, marriages, funerals and memorial services, pastoral services to employees, and service on various committees.

Chaplains and Native American Spiritual Leader shall be responsible organizing and scheduling regular daily and/or weekly worship services; special religious services on religious and national holidays; interfaith services; memorial and funeral services; and through the Office of the Community Resources Manager, approve and schedule worship services and religious programs conducted by religious community volunteers (clergy and religious representatives).

### Worship Services Schedule

| FAITH GROUP | DAY | LOCATION | TIMES |
|---|---|---|---|
| PROTESTANT | SUN | CENTRAL | 1000-1230 |
| | | NORTH | 1300-1430 |
| | | SOUTH | 0800-0915 |
| CATHOLIC | SUN | CENTRAL | 0930-1130 |
| | SAT | NORTH | 0900-1130 |
| | | SOUTH | PENDING |
| MUSLIM | FRI | CENTRAL | 15:00-1630 |
| | | NORTH | 14:00-1500 |
| | | SOUTH | 1300-1400 |
| NATIVE AMERICAN | SAT/THU | CENTRAL | 0800-1400 |
| | SUN/FRI | NORTH | 0800-1400 |
| | SAT | SOUTH | 0800-1400 |



| CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: RELIGIOUS PROGRAMS |
|---|---|
| | Reference: DOM 53050 |
| | Revision Due Date:  MAY 2003 |
| | Responsibility:  COMMUNITY RESOURCE MANAGER |

Con't: Worship Services Schedule

| FAITH GROUP | DAY | LOCATION | TIMES |
|---|---|---|---|
| JEWISH | WED | CENTRAL | PENDING |
| | | NORTH | PENDING |
| | | SOUTH | PENDING |

## SPECIAL RELIGIOUS SERVICES /PROGRAMS

In January of each year Chaplains will provide the CRM with a list of Special Religious Holiday/Events planned for the calendar year. Special religious services (other than regularly scheduled) are frequently necessary to commemorate significant days for the faith group, e.g. Ramadan, Yom Kippur, Christmas, Summer Solstice. The Chaplains must make arrangements through the CRM for such programs. This must be done at least four weeks in advance to avoid confusion and conflict with regular institution programming. Advance scheduling is also important in planning these events due to custody considerations.

In the Special Religious Services/Program proposal the Chaplain will clearly identify all aspects of the special event. This includes a description of the event, when and where it will be observed, the schedule to be followed and support required (place, food, staff, special items, outside guests). At least one week prior to the event the Chaplain will distribute inmate and guest attendance lists to all areas necessary to ensure inmate attendance. The Chaplain will approve all inmate attendance lists to special religious events/banquets to ensure inmate attendees are active participants in that particular faith group.

The Warden has authorized each religious group to have outside guests (immediate family members) participate in one special religious event per calendar year. The following requirements must be met for outside guest participation:

1. Outside guest must be an immediate family member, as defined in Title 15, Section 3000.
2. Outside guest must be an approved visitor prior to the special religious service/program.
3. Only TWO outside guests per inmate.

## RELIGIOUS VOLUNTEERS

The use of volunteer religious leaders and lay persons from the community will assist in the programs and activities of the religious program at CTF as coordinated by the chaplain staff. Volunteers are persons who provide a service to the institution without expectation of remuneration. Volunteers must confine their religious activities to inmates of their faith group. They must not proselytize for their own religion. All volunteer clearances will be coordinated through the CRM. A long-term volunteer who has provided a minimum of six months service with a frequency of more than one visit per month, will be issued a beige ID card. Long–term volunteers receive 4 hours of new employee orientation prior to issuance of the ID card by the institution personnel office. Long–term volunteers do not require escorts or direct supervision, however chaplains and/or custody staff are to provide indirect supervision and monitoring while volunteers perform services.

Volunteers will not be permitted in O-Wing unless approved by the appropriate Associate Warden and Chief Deputy Warden at Central Facility.



| | CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: RELIGIOUS PROGRAMS |
|---|---|---|
| | | Reference: |
| | | DOM 53050 |
| | | Revision Due Date: MAY 2003 |
| | | Responsibility: COMMUNITY RESOURCE MANAGER |

Religious literature intended for distribution by volunteers must be cleared by the staff Chaplain prior to introduction into the institution. Audio and videotapes brought into the institution require clearance through the Community Resources Manager and Associate Warden of the affected facility.

Each Chaplain will report, on a quarterly basis, the number of all volunteer hours of inmate contact and inmate attendance of volunteer sessions. Each Chaplain will also report other pertinent statistical information necessary to complete the religious quarterly report.

## LOCATION AND USE OF CHAPEL

Each Facility (Central, North, and South) chapel area consists of a chapel, offices, utility room, a reception/clerk area, and a religious library. It is the policy of CTF that inmate access to chapels requires direct supervision of the institutional Chaplain, Native American Spiritual Leader, or long-term volunteers (beige cardholders).

Religious program clerks are allowed and required to work in the absence of the Chaplain and religious program volunteers. They have access to the reception/clerk area and utility room. They may also have limited access to the chapel for preparation of services at the special direction of the Chaplain. Searches shall be conducted with dignity and due respect to the sanctuary. When practical, the Chaplain or Native American Spiritual Leader will be present.

## LOCATION AND USE OF SWEAT LODGE

The designated area at Central and South Facility is on the Recreation Yards. At North Facility the Sweat Lodge is located in the area behind Whitney and Shasta Halls. The American Indian Sweat Lodge is to be considered sacred. The sanctity must be observed and preserved, not only by inmates, but staff as well. Searches shall be conducted with dignity and due respect to the sweat lodge. When practical, the Chaplain or Native American Spiritual Leader will be present.

## SWEAT LODGE CEREMONIES

The Sweat Lodge is an integral part of the religious practice of Native Americans. It is considered sacred in its use to purify the body for the offering of prayers. The Sweat Lodge provides a place where Native Americans can express their essential religious tenants and represents weekly worship service.

Sweat Lodge facilities located at each Facility (Central, North, and South) are designated for religious use. Use of the Sweat Lodge for non-religious activities requires advance approval of the executive body of the institution American Indian group, outside community spiritual leader and concurrence of the Warden.

The Sweat Lodge area will be treated with the same respect as that afforded the chapels and meeting places of other religious groups at the institution.

The Sweat Lodge ceremonies will be conducted on a regularly scheduled basis. One sweat ceremony will be conducted for the Native Americans of the general inmate population, and a second sweat for C-Status inmates.



| | | |
|---|---|---|
| CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: RELIGIOUS PROGRAMS | |
| | Reference: | |
| | DOM 53050 | |
| | Revision Due Date: MAY 2003 | |
| | Responsibility: COMMUNITY RESOURCE MANAGER | |

Correctional Training Facility shall be responsible for obtaining adequate supply of wood to conduct sweat ceremonies. This wood will be supplied as available from existing resources. Approximately 70 pieces of wood are required for each Purification Ceremony (Sweat Lodge Ceremony).

## RELIGIOUS ARTIFACTS
Penal Code Section 5009 requires the California Department of Corrections (CDC) to permit all inmates a reasonable opportunity to express religious freedom. Since a significant number of religions require the use of various religious artifacts in worship services, religious expression includes the use of artifacts such as with respect to Native Americans: Choker, Headband, Wristband, and Medicine bag; Muslims: Prayer mat/rug, prayer beads, and medallion; Jews: Yarmulkes, prayer book (siddur), and bible; Catholics/Protestants: rosary, cross/crucifix with chain, medallions, Saint Christopher, Blessed Virgin, Sacred Heart and bible.

The institutional Chaplain or religious leader from the community can assist in identifying and determining if an item is a religious artifact. Wearing of religious artifacts at times other than during religious occasions, sweat days, and special ceremonies requires specific approval of the Warden or his/her designee.

## SPIRITUAL PACKAGE PROCEDURE
Religious artifacts are received through approved spiritual packages containing only those religious artifacts necessary for inmates to worship or practice their faith. Spiritual packages will not contain food items. Food is not considered a religious artifact.

An inmate's status with regard to the Inmate Work/Training Incentive Program does not affect an inmate's religious right to receive a spiritual package. General Population inmates may order spiritual packages twice per calendar year (Jan-Dec). Inmates will obtain religious artifacts from CTF approved special purchase vendors using the following forms: *RELIGIOUS ARTIFACTS SPECIAL PURCHASE ORDER [attachment (A)], or SPIRITUAL PACKAGE/RELIGIOUS ARTIFACTS [attachment (B)].* The inmate's group Chaplain, CRM and Receiving and Release staff shall approve all inmate purchase orders. Approved special purchases will be processed through institutional special purchase procedures.

All religious artifacts are special purchases, which will be received via the U.S. Mail or by United Parcel Service (UPS). They must be received directly from the vendor with a return address and the inmate's name, number and housing clearly marked on the outside of the package. Packages will be refused if they arrive at the institution without the required information.

All items received through the Religious Special Purchase Procedure will be distributed by R&R and will be recorded on the inmate's property card. Religious material is to be considered part of the inmate's allowable six cubic feet of property. All religious material purchased is subject to being searched. Fragrance oils may be randomly tested for potential drugs. Any item found to have been modified from its original form will be confiscated as contraband.

4

|  SOLEDAD CENTRAL SOUTH CORRECTIONAL TRAINING FACILITY | CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: REL. .OUS PROGRAMS |
|---|---|---|
| | | Reference: DOM 53050 |
| | | Revision Due Date: MAY 2003 |
| | | Responsibility: COMMUNITY RESOURCE MANAGER |

## CATHOLIC

Inmates are approved to posses and utilize the following religious artifacts.

ROSARY WITH CRUCIFIX: Beads must be made of round, non-metallic, non-glass materials. Colors may vary. Beads must be strung in lengths not to exceed 12 inches (39 beads). Crucifix must measure less than 2" in length and height. Rosary strings or beads may not be altered in any way. Authorized quantity: one string per inmate/one Rosary per inmate. Maximum Value: $25.00.

## JEWISH

Inmates are approved to possess and utilize the following religious artifacts.

PRAYER SHAWL ("TALLIT"): May be blue or white in color, made of silk, wool, or other material. Shawls may have embroidery and other ornamentation, as appropriate, and may be worn during ceremonies. Authorized quantity: one per inmate. Maximum value: $50.00.

YARMULKE ("KIPPAH"): Head covering may be navy blue, white or gray, made of silk, wool, or knitted material, plain, no embroidery or ornamentation. Authorized quantity: Two (2) per inmate. Maximum value: $10.00.

PHYLACTERIES ("TEFILLIN"): Worn on the hand and head, made of black leather bands or straps with a wooden box (approximately 3" x 4") attached. Box may have Hebrew inscriptions around sides. Authorized quantity: Two (2) per inmate (one for hand and one for head). Maximum value: $100.00.

PRAYER BOOK ("SIDDUR"): Authorized quantity: One (1) book per inmate. Hebrew/English prayer book for daily Sabbath/Festival worship. No hardcover books permitted.

HEBREW/ENGLISH BIBLE: Authorized quantity: One (1) book per inmate. No hardcover books permitted.

## MUSLIM

Inmates are approved to possess and utilize the following religious artifacts.

PRAYER RUG: Design and color of rug may vary; however, maximum size is 24"x40". Rugs shall be maintained inside cell area, and may not be used to cover walls, doors, windows or floors. Authorized quantity: one per inmate. Maximum value: $20.00

KUFI (PRAYER SKULL CAP): Caps must be a solid color (i.e., white, gray or navy blue), plain, crochet/knitted, with no embroidery or ornamentation. Authorized quantity: Two (2) per inmate. Maximum value: $10.00

PRAYER OILS: Oils must be non-alcoholic and received in manufacturer sealed plastic see-through containers. Limit of four ounces per inmate per six months.



| CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #42 | Subject: RELIGIOUS PROGRAMS |
| --- | --- |
| | Reference: DOM 53050 |
| | Revision Date: MAY 2003 |
| | Responsibility: COMMUNITY RESOURCE MANAGER |

HOLY QUR'AN: Authorized quantity: One (1) book per inmate. No hardcover books are permitted.

## NATIVE AMERICAN

Inmates are authorized to possess and utilize the following religious artifacts.

BEADING MATERIAL: Beads may be multicolored, but must be plastic, non-metallic, non-glass with large holes. Porcupine quills are authorized for stringing beads. White nylon thread on the spool only (10 yards or less).

OTHER MATERIALS: Multi-colored bandanas only, no solid colors. Fabric in the size of two (2) inch squares only for prayer ties, any pieces larger will not be allowed. Medicine Bags are authorized. Sacred Pipe with Canupa Bag is authorized with specific approval of the Native American Spiritual Leader. A limit of twelve (12) feathers is allowed. Smaller pieces of leather will be allowed, nothing over 12 inches in width.

## ALL RELIGIONS

MEDALLIONS: Shall be no larger than two inches in length and height; no pointed ends or sharp edges (Star of David okay). Cost of $100.00 or less (including chain). Must arrive with a receipt depicting the value (items arriving without a receipt shall be returned to sender at the inmate's expense). Items that appear more ornamental than religious (i.e., adorned with gems or precious stones) shall be returned to sender at the inmate's expense. Items must not present a safety hazard or jeopardize the safety and security of the institution. Limit one per inmate.

## PROHIBITED ITEMS

Bees wax; waxed string or cord; nylon monofilament-type line; sinew; sewing/upholstery needles; animal pelts, skins, furs or hides; earrings or earring clasps; candles; animal claws with sharp ends; scarves; metal beads; incense; any of the authorized items above exceeding list quantity.

Jill L. Brown
Warden (A)

May 22, 2002

# EXHIBIT   "C"

CORRECTIONAL TRAINING FACILITY
SPIRITUAL PACKAGE/RELIGIOUS ARTIFACTS
SOLEDAD CALIFORNIA

To      :   All Concerned

From    :   J.W. Hamlet, Warden

Subject :   General Population Inmates Only—Approved Vendor's Purchase Items: Rosaries, Prayer Beads, Prayer oils, Prayer
            Kufi Caps, Native American artifacts, Prayer Shawls, Yarmulkes—NO BOOKS (Mail Room Only). Other religious
            artifacts which meet institution specifications.

            Any and all religious packages addressed to inmates at CTF Soledad must be in compliance with these regulations:

            1. All items purchased to be sent to a designated inmate by an approved visitor/family member/correspondent
               must originate from a recognized vendor. Receipts must accompany all purchases.

            2. All approved items (specifications noted below) shall be shipped directly from a recognized vendor. Vendor must
               send container clearly marked with the stamp of the vendor's return address on the address label.

            3. Packages shall be sent via U.S. Mail or by United Parcel Service (U.P.S.). The inmate's address label must be
               affixed to the outside of the package or it will be refused when it arrives at the prison.

            4. All items received will be searched and inspected to insure compliance with institution policy. Any item received
               that does not comply with described restrictions will be returned to the point of origin at the vendor's/inmate's
               expense.

            5. Both the inmate and the sender must sign the address label. If the package arrives without both signatures,
               sender's address, and vendor's stamp, the package will be refused.

            6. There will be no exceptions to the rules and regulations established in this special religious item
               purchase/vendor form.

            7. Inmates are restricted to ordering only items for their specific faith group.

            SPECIFICATIONS:

            • **Medallions:**
              Shall be no larger than two inches in length and height; no pointed ends or sharp edges (Star of David okay);
              cost $100.00 or less (including chain); must arrive with a receipt depicting the value (items arriving without a
              receipt shall be returned to sender at the inmate's expense); items that appear more ornamental than religious
              (i.e., adorned with gems or precious stones) shall be returned to sender at the inmate's expense; must not
              present a safety hazard or jeopardize the safety and security of the institution. Limit one per inmate.

            • **Skull Cap / Kufi Cap / Yarmulke ("Kippah"):**
              Caps must be plain with no embroidery or ornamentation; a solid color (i.e., white, gray or navy blue), silk, wool
              or crochet/knitted. Authorized quantity: Two (2) per inmate. Maximum value: $10.00

            • **Prayer Oils:**
              Oils must be non-alcoholic and received in manufacturer sealed plastic see-through containers. Limit of four
              ounces per inmate per six months.

            • **Prayer Beads/Rosary with Crucifix:**
              Beads must be made of round, non-metallic, non-glass materials. Colors may vary. Beads must be strung in
              lengths not to exceed 12 inches (39 beads). Crucifix must measure less than 2" in length and height. Rosary
              strings or beads may not be altered in any way. Authorized quantity: one string per inmate/one Rosary per
              inmate. Maximum Value: $25.00.

            • **Prayer Rug:**
              Design and color of rug may vary; however, maximum size is 24"x40". Rugs shall be maintained inside cell area,
              and may not be used to cover walls, doors, windows or floors. Authorized quantity: one per inmate. Maximum
              value: $20.00

            • **Prayer Shawl ("Tallit"):**
              May be blue or white in color, made of silk, wool, or other material. Shawls may have embroidery and other
              ornamentation, as appropriate, and may be worn during ceremonies. Authorized quantity: one per inmate.
              Maximum value: $50.00.

            • **Phylacteries ("Tefillin"):**
              Worn on the hand and head, made of black leather bands or straps with a wooden box (approximately 3" x 4")
              attached. Box may have Hebrew inscriptions around sides. Authorized quantity: Two (2) per inmate (one for
              hand and one for head). Maximum value: $100.00.

            • **Beading Material:**
              Beads may be multicolored, but must be plastic, non-metallic, non-glass with large holes. Porcupine quills are
              authorized for stringing beads. White nylon thread on the spool only (10 yards or less).

            • **Prohibited Items:**
              Bees wax; waxed string or cord; nylon monofilament-type line; sinew; sewing/upholstery needles; animal pelts,
              skins, furs or hides; earrings or earring clasps; candles, animal claws with sharp ends, scarves, metal beads,
              incense, any of the authorized items above exceeding list quantity.

## NOTICE TO SENDER

### IF AN ITEM IS NOT ON THE APPROVED LIST – DO NOT SENT IT

PURCHASING AND SENDING INSTRUCTIONS:

Upon receiving the Vendor's Purchase Form, confirm all specifications with recognized vendor and purchase price of item desired.

Instruct vendor to attach the Address Label to the package to be sent directly from the vendor to the inmate. Ensure that the vendor places his return address on the package to be sent to the inmate. Item must be sent in original container with seal and stamp from vendor.

Both inmate and approved visitor/correspondent must sign the below address label (with the sender's address in the "from" area) prior to the vendor stamping it and attaching the same label to the package being sent to the inmate.

FAILURE TO COMPLY WITH THIS PROCEDURE WILL RESULT IN THE PACKAGE BEING RETURNED TO THE VENDOR

The Receiving and Release Sergeant will not assume responsibility for liability of packages received in damaged condition. Correctional Training Facility does not assume responsibility for any warranties of items sent to the inmate. The inmate assumes full responsibility for maintaining all warranties and/or guarantees of received items. Items being returned to the approved vendor for warranty/guarantee repairs/service will be forwarded to the vendor at the inmate's expense.

EXAMPLES OF RECOGNIZED VENDORS:
Pacific Western Traders (305 Wool St., Folsom CA 95630); Dawah Book Shop (4801 S. Crenshaw Ave., Los Angeles CA 90043); Crescent Imports (P.O. Box 7827, Ann Arbor MI 40107-7827); Wakeda Trading Post (P.O. Box 19146, Sacramento CA 95819); Caravan Express (P.O. Box 12148, Norfolk VA 23541); Farooq K&D, Inc. (3350 Shelby St., Suite 200, Ontario CA 92113); Garden of Fragrance (P.O. Box 152513, San Diego CA 92113).

CLIP ON THE DOTTED LINE BELOW AND ATTACH THE LABEL TO THE OUTSIDE OF THE PACKAGE

### CORRECTIONAL TRAINING FACILITY
Soledad, California

### RELIGIOUS COMMISSARY ADDRESS LABEL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Religious tapes are restricted to religious music only. Tapes are subject to a maximum limit of ten (10) per inmate. Tapes must arrive in manufacturer's sealed package. Inmates must possess tape playback unit.**

From

| S A | | S A | TO: Inmate's Name          CDC# |
| E D | | H D | |
| N D | | I D | Correctional Training Facility |
| D R | | P R | |
| E E | | E | POST OFFICE BOX____,_(____) |
| R S | | T S | Facility POB,        (Housing) |
| S S | | O S | |
| | | | SOLEDAD, CALIFORNIA 93960 |

| | CTF APPROVAL SIGNATURES: |
|---|---|
| | Faith Group Chaplain |
| | Community Resources Manager |
| Place Vendor Stamp Here | Receiving & Release |

### NO EXCEPTIONS AGREEMENT

I authorize the Receiving and Release Sergeant to return enclosed items to the vendor if the item is not in compliance with specified institutional policies, at my expense. The Receiving and Release Sergeant assumes no responsibility for items received in damaged condition.

_____              _____
INMATE'S SIGNATURE                    SENDER'S SIGNATURE

CTF- (Rev. 5/2/02)

ATTACHMENT (A)

## CORRECTIONAL TRAINING FACILITY
### PO BOX 686 – HIGHWAY 101 N
### SOLEDAD, CALIFORNIA 93901

## RELIGIOUS ARTIFACTS SPECIAL PURCHASE ORDER
This form must be utilized for purchasing Religious Artifacts.

Check faith group:

☐ Catholic ☐ Jewish ☐ Muslim ☐ Native American ☐ Protestant ☐ Other: _____

**VENDOR:** _____     **SHIP TO:** Correctional Training Facility
Business Name     _____     P.O. Box 686
     Highway 101 North
Business Address     _____     Soledad, CA 93960

| QUANTITY | CAT # | PAGE | ITEM DESCRIPTION | COST |
|----------|-------|------|------------------|------|
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |
|          |       |      |                  | $    |

| | | |
|---|---|---|
| **INMATE NAME:** _____ <br> (LAST)          (FIRST) | **SUBTOTAL** | $ |
| | **+ IWF 10%** | $ |
| **INMATE CDC#** _____ **HOUSING:**_____ | **+ SHIPPING** | $ |
| **INMATE SIGNATURE:** _____ | **TOTAL COST** | $ |

**NOTED AND APPROVED / DISAPPROVED (CHAPLAIN)**

_____     _____     _____     _____
PRINT NAME     TITLE     SIGNATURE     DATE

**NOTED AND APPROVED / DISAPPROVED (CRM)**

_____     _____     _____     _____
PRINT NAME     TITLE     SIGNATURE     DATE

**NOTED AND APPROVED / DISAPPROVED (R&R)**

_____     _____     _____     _____
PRINT NAME     TITLE     SIGNATURE     DATE

|  | CORRECTIONAL TRAINING FACILITY **OPERATION PROCEDURE #42** | Subject: RELIGIOUS PROGRAMS |
|---|---|---|
| | | Reference: DOM 53050 |
| | | Revision Due Date:  MAY 2003 |
| | | Responsibility:  COMMUNITY RESOURCE MANAGER |

PRAYER BEADS: Beads must be made of round, non-metallic, non-glass materials. Colors may vary. Beads must be strung in lengths not to exceed 12 inches (39 beads). Prayer bead strings may not be altered in any way. Authorized quantity: one string per inmate/one Rosary per inmate. Maximum Value: $25.00.

HOLY QUR'AN: Authorized quantity: One (1) book per inmate. No hardcover books are permitted.

## NATIVE AMERICAN
Inmates are authorized to possess and utilize the following religious artifacts.

BEADING MATERIAL: Beads may be multicolored, but must be plastic, non-metallic, non-glass with large holes. Porcupine quills are authorized for stringing beads. White nylon thread on the spool only (10 yards or less).

OTHER MATERIALS: Multi-colored bandanas only, no solid colors. Fabric in the size of two (2) inch squares only for prayer ties, any pieces larger will not be allowed. Medicine Bags are authorized. Sacred Pipe with Canupa Bag is authorized with specific approval of the Native American Spiritual Leader. A limit of twelve (12) feathers is allowed. Smaller pieces of leather will be allowed, nothing over 12 inches in width.

## ALL RELIGIONS
MEDALLIONS: Shall be no larger than two inches in length and height; no pointed ends or sharp edges (Star of David okay). Cost of $100.00 or less (including chain). Must arrive with a receipt depicting the value (items arriving without a receipt shall be returned to sender at the inmate's expense). Items that appear more ornamental than religious (i.e., adorned with gems or precious stones) shall be returned to sender at the inmate's expense. Items must not present a safety hazard or jeopardize the safety and security of the institution. Limit one per inmate.

## PROHIBITED ITEMS
Bees wax; waxed string or cord; nylon monofilament-type line; sinew; sewing/upholstery needles; animal pelts, skins, furs or hides; earrings or earring clasps; candles; animal claws with sharp ends; scarves; metal beads; incense; any of the authorized items above exceeding list quantity.

J. Hamlet
Warden

August 13, 2002

# EXHIBIT    "D"



| Correctional Training Facility | Subject: RELIGIOUS PROGRAMS |
|---|---|
| **OPERATIONAL** | Reference: Department Operations Manual 53050 |
| **PROCEDURE** | Next Revision Date: November 2004 |
| **#42** | Responsibility: Community Resources Manager |

All religious artifact packages will be distributed by Central R&R and North and South Package Rooms respectively, and will be recorded on the inmate's property card. Religious material is considered part of the allowable six cubic feet of property per inmate. All religious material purchased is subject to search. Fragrance oils may be randomly tested for drugs. Any item modified from its original form will be confiscated as contraband.

Inmate Work/Training Incentive Program does not affect religious right to receive religious artifacts

### APPROVED RELIGIOUS ARTIFACTS

Inmates are approved to possess and utilize religious artifacts for the faith group indicated.

### CATHOLIC RELIGIOUS ARTIFACTS

ROSARY WITH CRUCIFIX: Beads must be made of round, non-metallic, non-glass materials. Colors may vary. Beads must be strung in lengths not to exceed 12 inches (39 beads). Crucifix must measure less than 2" in length and height. Rosary strings or beads may not be altered in any way. Authorized quantity: One string per inmate/one Rosary per inmate. Maximum Value: $25.00.

### JEWISH RELIGIOUS ARTIFACTS

PRAYER SHAWL ("TALLIT"): May be blue or white in color, made of silk, wool, or other material. Shawls may have embroidery and other ornamentation, as appropriate, and may be worn during ceremonies. Authorized quantity: one per inmate. Maximum value: $50.00.

PHYLACTERIES ("TEFILLIN"): Worn on the hand and head, made of black leather bands or straps with a wooden box (approximately 3" x 4") attached. Box may have Hebrew inscriptions around sides. Authorized quantity: Two (2) per inmate (one for hand and one for head). Maximum value: $100.00.

PRAYER BOOK ("SIDDUR"): Authorized quantity: One (1) book per inmate. Hebrew/English prayer book for daily Sabbath/Festival worship. No hardcover books permitted.

HEBREW/ENGLISH BIBLE: Authorized quantity: One (1) book per inmate. No hardcover books permitted.

### MUSLIM RELIGIOUS ARTIFACTS

PRAYER RUG: Design and color of rug shall be white, gray, or light gray with a maximum size of 24"x40". Rug must have fire retardant label. Rug shall be maintained inside cell area, and may not be used to cover walls, doors, windows or floors. Authorized quantity: one per inmate. Maximum value: $20.00



| | |
|---|---|
| **Correctional Training Facility** | **Subject: RELIGIOUS PROGRAMS** |
| **OPERATIONAL PROCEDURE #42** | **Reference: Department Operations Manual 53050** |
| | **Next Revision Date: November 2004** |
| | **Responsibility: Community Resources Manager** |

PRAYER OILS: Up to a maximum of four ounces of prayer oil may be ordered every 6 months. The oil must be non-alcoholic. Bottle must be non-glass and transparent. Scents are limited to African Musk, Egyptian Musk, Casmir, and Samali Rose. Possession of more than 4 ounces is not permitted. Use of prayer oil is confined to religious services.

PRAYER BEADS: Beads must be made of round, non-metallic, non-glass materials. Colors may vary. Beads must be strung in lengths not to exceed 12 inches (39 beads). Prayer bead strings may not be altered in any way. Authorized quantity: one string per inmate. Maximum Value: $25.00.

HOLY QUR'AN: Authorized quantity: One (1) book per inmate. No hardcover books are permitted.

## NATIVE AMERICAN RELIGIOUS ARTIFACTS

BEADING MATERIAL: Beads may be multicolored, but must be plastic, non-metallic, non-glass with large holes. Porcupine quills are authorized for stringing beads. White nylon thread on the spool only (10 yards or less).

OTHER MATERIALS: Multi-colored bandanas only, no solid colors. Fabric in the size of two (2) inch squares only for prayer ties, any pieces larger will not be allowed. Medicine Bags are authorized. Sacred Pipe with Canupa Bag is authorized with specific approval of the NASL. A limit of twelve (12) feathers is allowed. Smaller pieces of leather will be allowed, nothing over 12 inches in width.

## ALL RELIGIONS

MEDALLIONS: Shall be no larger than two inches in length and height; no pointed ends or sharp edges (Star of David okay). Cost of $100.00 or less (including chain). Must arrive with a receipt depicting the value (items arriving without a receipt shall be returned to sender at the inmate's expense). Items that appear more ornamental than religious (i.e., adorned with gems or precious stones) shall be returned to sender at the inmate's expense. Items must not present a safety hazard or jeopardize the safety and security of the institution. Limit one per inmate.

HEAD COVERINGS: (Yarmulke, Kippah, Kufi, Prayer Cap) Made of silk, wool, or knitted material. Must be of solid color (white or gray) with no ornamentation. Authorized quantity: 2 per inmate. Maximum value: $10.00.

## PROHIBITED ITEMS

Bees wax, waxed string or cord, nylon monofilament type line, sinew, sewing/upholstery needles, animal pelts, skins, furs or hides, earrings or earring clasps, candles, animal claws with sharp ends, scarves, metal beads, incense, or any of the authorized items above exceeding list quantity.

Items presenting safety hazards or the potential for breaches in security shall not be ordered by the inmate nor received by the institution.

|  | Correctional Training Facility | Subject: RELIGIOUS PROGRAMS |
|---|---|---|
| | OPERATIONAL PROCEDURE #42 | Reference: Department Operations Manual 53050 |
| | | Next Revision Date: November 2004 |
| | | Responsibility: Community Resources Manager |

Authorization or denial of any religious item not listed herein shall be evaluated on a case-by-case basis with security concerns paramount in the consideration process. Additional criteria of essential religious tenet(s) and viable substitution(s) are also used as guides.

J. Solis
Warden

December 17, 2003

# EXHIBIT "E"

State Of California                                                    Department of Corrections

# Memorandum

Date:        June 30, 2003

To:          Chief Deputy Wardens
             Associate Wardens
             Correctional Captains
             Facility Captains

Subject:     Suspension of Approval to Purchase Prayer Oils


Approval to purchase prayer oils via Special Canteen is suspended until further notice.
This action is being taken to allow investigation into the unauthorized use and possession
of oils by inmates other than those who purchased them.

Any pending Special Canteen orders are to be returned to the inmate who submitted the
order. No additional orders are to be accepted.

Please ensure that this information is shared with staff and inmates at your respective
facilities.


J. W. Hamlet
Warden
Correctional Training Facility, Soledad


Cc:     Community Resources Manager
        Receiving & Release

# EXHIBIT   "F"

State of California

*[handwritten notations]*

**MEMORANDUM**

**DATE:**     **APRIL 24, 2003**

*AMENDED FOR*
*LUNCHES ONLY!*

**TO:**     **INMATE MUSLIM COMMUNITY**
**CTF - SOLEDAD**

**SUBJECT:**     **SPECIAL RELIGIOUS DIETS**

There seems to be some confusion as to the proper meat substitute for the lunch meals. Pursuant Operations Procedure #67, the Correctional Food Manager II, in consultation with the institutional chaplains, has developed two (2) SRD diets: Modified *or Strict*.

Inmates, whose religious beliefs do not permit them to eat meat (ex: Muslim Community inmates), will be issued a sack lunch consisting of the regular meal issue. However, all meat items from the regular meal will be substituted with either a one-ounce (1oz) issue of *one (1)* of the following items:

- ❖ Dried Peaches
- ❖ Dried Apples
- ❖ Dried Raisins
- ❖ Dried Prunes
- ❖ Almonds
- ❖ Dates
- ❖ Cheese Slice
- ❖ Peanut Butter ind.
- ❖ Jelly ind.

*It should be noted that the items listed above are subject to availability and may / may not be available at all times.*

Please feel free to contact the Assistant Correctional Food Managers at extension #4802 or #5864 for any further assistance needed in this matter.

*A.O.Maya*
A. O. Amaya
Correctional Food Manager II
CTF – Soledad

CC: File

State of California

**M E M O R A N D U M**

**DATE:**       **APRIL 24, 2003**

*AMENDED FOR*            ╲
*BREAKFAST ONLY!*

**TO:**        **INMATE MUSLIM COMMUNITY**
          **CTF - SOLEDAD**

**SUBJECT:**   **SPECIAL RELIGIOUS DIETS**

There seems to be some confusion as to the proper meat substitute for the breakfast
meals. Pursuant Operations Procedure #67, the Correctional Food Manager II, in
consultation with the institutional chaplains, has developed two (2) SRD diets: Modified
*or Strict*.

Inmates, whose religious beliefs do not permit them to eat meat (ex: Muslim Community
inmates), will be issued a diet tray consisting of the regular meal issue. However, all
items from the regular meal that contain meat will be substituted with either *second
helping "issue" of hot cereal* or a starch food item from the breakfast meal. This option
is only when there is *not* a designated substitute.

If the meat substitute is identified, then you will be provided the substitute as identified.
This *does not* mean that when the (AE) item is already identified on the menu (i.e. peanut
butter), you may get a second issue of hot cereal.

This means that if there is not a substitute identified on the menu, then you may be
provided a substitute for the meat item of a second issue of hot cereal or a starch item.

At no time will individual cereals be utilized as the meat substitute.

Please feel free to contact the Assistant Correctional Food Managers at extension #4802
or #5864 for any further assistance needed in this matter.

*A O Amaya*
A. O. Amaya
Correctional Food Manager II
CTF – Soledad

CC: File

# EXHIBIT "A-6"
## Declaration of J.R. Gearin

1
2
3
4
5
6
7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

12  Lennis L. Roberson              )        Case No. C 07 3497 CRB(PR)
                                    )
13        Plaintiff                 )        DECLARATION OF JERRY R.
                                    )        GEARIN IN SUPPORT OF
14        v.                        )        PLAINTIFF'S OPPOSITION TO
                                    )        DEFENDANTS' NOTICE AND
15  Jeanne Woodford, Director et el.)        MOTION FOR SUMMARY JUDGMENT
                                    )
16        Defendant[s]              )

17

18        I, Jerry R. Gearin (K-17433) declare:

19        1. I am in the custody of the California Department of Corrections

20  and Rehabilitation (CDCR).  I am a Muslim inmate currently housed at the

21  Correctional Training Facility (CTF) at Soledad, California.

22        2. I am in good standing with the general Muslim community.  I have

23  been a practicing Muslim for several years.  I am competent to testify

24  and have personal knowledge as to the matters set forth in this declaration

25  and if called upon to do so, I would and could so testify.  I submit this

26  declaration in support of plaintiff's opposition to Defendants' Notice

27  and Motion for Summary Judgment.

28

1    3. Attached hereto is Exhibit "A" a copy of a document (CDC-128G

2  dated 4/14/03) maintained in my central file which entitled me to wear a

3  beard for religious reasons .

4    4. April 14, 2003 at the time of the issuance of said CDC-128G marked

5  as Exhibit "A" declarant was housed at CSP-Solano, and A.P. Kane was acting

6  as Warden.

7    5. A.P. Kane wrote and/or signed memorandum(s) informing staff and

8  inmates that Muslim inmates could wear their beards for religious reasons,

9  and attend weekly (Jummah) services.

10    6. I can and will testify to the fact that the exhibit attached hereto

11  as Exhibit "A" authentic.

12    7. I declare under the penalty of perjury that the foregoing is true

13  and correct.  Executed at Soledad, California, on April 2, 2008.

Jerry R. Gearin

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT   "A"

NAME and NUMBER    **GEARIN**        **K-17433**    **1-130-U**

CDC-128-B (Rev. 4/74)

Inmate GEARIN, is a Muslim inmate and a member of Class Action Mayweather, et, al. vs. Terhune et, al. United States District Court case No.# CIV S-96-1582 CV LKK JFM P. As A Muslim and member of this class action law suite he is entitled to the religious rights agreed upon in the Settlement Agreement and related action(s) (see Settlement Agreement on file with CSP-S' Litigation Coordinator).

Imam 'Abdul Ra'oof Nasir,
Muslim Chaplain
CSP-Solano

Original: C-Files
    cc:  Facility Capt.
         CCI
         Inmate
**DATE:  04-14-03**

## INFORMATION CHRONO

# EXHIBIT    "A-7"
## Declaration of L.L. Roberson

1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  Lennis L. Roberson              )      Case No. C 07 3497 CRB(PR)
                                    )
13        Plaintiff                 )      DECLARATION OF L.L.
                                    )      ROBERSON IN SUPPORT OF
14        v.                        )      PLAINTIFF"S OPPOSITION TO
                                    )      DEFENDANT'S NOTICE AND
15  Jeanne Woodford, Director et el.)      MOTION FOR SUMMARY JUDGMENT
                                    )
16  ____Defendant[s]_____)

17

18       I Lennis L. Roberson, declare:

19       1. I am a prisoner of the California Department of

20  Corrections and Rehabilitation (CDCR)  currently housed in

21  the Correctional Training Facility (CTF) at Soledad

22  California.

23       2. I am competent to testify to the matter[s] set forth

24  herein, and if called upon to do so, I would and could so

25  testify.  I submit this declaration in support of Plaintiff's

26  Opposition to Defendants Notice and Motion for Summary

27  Judgment.

28

3. I Plaintiff Lennis L. Roberson was consistently told by CDCR staff members prior to, and after the disciplinary hearing[s], that there was no religious exception to CDCR's grooming standard/policy.

4. All references in this Declaration in support of Plaintiff's Opposition to Defendants' Notice and Motion for Summary Judgment, and Plaintiff's Complaint are referring to the grooming policy implemented in 1998.

5. As a result of my non-compliance with CDCR's grooming policy for religious reasons -- I was denied special packages and special canteen purchases.

6. Defendant[s] used my non-compliance with CDCR's grooming policy to deny me law library access.

7. Defendant[s] denied me time credits in addition to me being denied retroactive time credits, because of my religious belief and adherence to that belief.

8. CDCR's grooming policy denied me telephone access, excluding emergencies determined by institutional/facility staff.

9. Defendant[s] restricted me (general population) exercise yard access to ten (10) hours a week.

10. My non-compliance with CDCR's grooming policy is based on a sincere religious belief -- which caused me to be consistently targeted for abuse, disciplinary punishment, and other coercive measures to pressure me into compliance with CDCR's grooming policy daily for the seven (7) years after the enactment of RLUIPA.

2.

11. Defendant[s] housed me in X-Wing -- the CTF Administrative Segregation Unit (ASU) for approximately one (1) year without a hearing or any other process.

12. The defendant[s'] placement of me in the ASU was based on grooming standard/policy violations that occurred several years prior to the decision to place me in ASU.

13. While housed in ASU I received the breakfast meals and bag lunches in the cell -- in addition to receiving the evening meals in the cell.

14. While housed in ASU I utilized the ASU's exercise yard and was given the same or similar exercise yard access as other ASU housed prisoners.

15. The defendant[s] housed me in ASU where plaintiff spent approximately twenty-two and one-half ($22\frac{1}{2}$) hours a day secured in a cell.

16. During my entire confinement in ASU XW/236 -- on one side A. Alto was housed in XW/235 and on the other side E.W. Williams was housed in XW/237 -- both with accompanying declarations.

I Lennis L. Roberson declare under the penalty of perjury that the foregoing is true and correct.    Executed at the Correctional Training Facility, Soledad, California, on May 15, 2008

_____
Lennis L. Roberson

3.

EXHIBIT "A7(a)"

Declaration of L.L. Roberson

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   Lennis L. Roberson                )      Case No. C 07 3497 CRB(PR)
                                       )
13          Plaintiff                  )      DECLARATION OF L.L.
                                       )      ROBERSON IN SUPPORT OF
14          v.                         )      PLAINTIFF"S OPPOSITION TO
                                       )      DEFENDANT'S NOTICE AND
15   Jeanne Woodford, Director et el. )       MOTION FOR SUMMARY JUDGMENT
                                       )
16   _____Defendant[s]_____ )

17

18       I, Lennis L. Roberson Declare as follows:

19       1. I am currently housed by the California Department

20   of Correction and Rehabilitation (CDCR) I am a Muslim

21   prisoner at the Correctional Training Facility (CTF) in

22   Soledad, California.

23

24

25

26

27

28

2. I am in good standing with the general Muslim community, as well as the Muslim-American community formerly under the leadership of W.D. Mohammad. I have been a Muslim for approximately twenty (20) years. I am competent to testify and have personal knowledge as to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

3. I have an informal study of the Islamic religion. It is my sincere belief to obey the Holy Qur'an and the Prophet of Al-Islam (S.A.W.) Sunnah of approximately 1400 years ago.

4. On or about November 20, 1998 I personally and specifically told C/O C. Rangel that my non compliance with the grooming standard was based on my religious belief.

5. Upon me specifically stating to C/O Rangel that my non-compliance was based on my religious belief, C/O Rangel told me, the only exemption is medical we don't have a religious exemption. I then responded with, it dosen't matter, and she responded by saying, it dosen't matter.

6. I declare under the penalty of perjury that the foregoing is true and correct. Executed at Soledad, California, on 5-15, 2008.

X. W Roberson
Lennis L. Roberson

2.

EXHIBIT "A7(b)"

Declaration of L.L. Roberson

1
2
3
4
5
6
7
8
           IN THE UNITED STATES DISTRICT COURT
9
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12   Lennis L. Roberson      )     Case No. C 07 3497 CRB(PR)
                    )
13      Plaintiff     )     DECLARATION OF L.L.
                    )     ROBERSON IN SUPPORT OF
14       v.         )     PLAINTIFF"S OPPOSITION TO
                    )     DEFENDANT'S NOTICE AND
15   Jeanne Woodford, Director et el. )     MOTION FOR SUMMARY JUDGMENT
                    )
16     Defendant[s]        )
17
18     I, Lennis L. Roberson Declare as follows:
19     1. I am currently housed by the California Department
20  of Correction and Rehabilitation (CDCR) I am a Muslim
21  prisoner at the Correctional Training Facility (CTF) in
22  Soledad, California.
23     2. I am in good standing with the general Muslim
24  community, as well as the Muslim-American community formerly
25  under the leadership of W.D. Mohammad.  I have been a Muslim
26
27
28

1 | for approximately twenty (20) years.  I am competent to

2 | testify and have personal knowledge as to the matters set

3 | forth in this declaration and if called upon to do so, I

4 | would and could so testify.  I submit this declaration in

5 | support of Plaintiff's Opposition to Defendant's Motion for

6 | Summary Judgment.

7 | 3. I have an informal study of the Islamic religion.  It

8 | is my sincere belief to obey the Holy Qur'an and the Prophet

9 | of Al-Islam (S.A.W.) Sunnah of approximately 1400 years ago.

10 | 4. On or about December 30, 1998 I personally and

11 | specifically told Senior Hearing Officer (SHO) S. Grandy

12 | that my non compliance with the grooming standard/policy

13 | was based on my religious belief, and I understand that

14 | it doesn't matter.  SHO S. Grandy then stated, "I understand,

15 | but we all have to follow rules."  SHO S. Grandy then

16 | directed my attention to his cap which had a sports Logo

17 | on it -- he then said, "I do understand you have to do what

18 | you have to do."

19 | 5. I declare under the penalty of perjury that the

20 | foregoing is true and correct.  Executed at Soledad,

21 | California, on 5-15, 2008.

Lennis L. Roberson

**EXHIBIT "A7(c)"**

**Declaration of L.L. Roberson**

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   Lennis L. Roberson            )      Case No. C 07 3497 CRB(PR)
                                   )
13        Plaintiff               )      DECLARATION OF L.L.
                                   )      ROBERSON IN SUPPORT OF
14        v.                      )      PLAINTIFF"S OPPOSITION TO
                                   )      CHRISTOPHER YOUNG'S
15   Jeanne Woodford, Director et el. )   DECLARATION IN SUPPORT OF
                                   )      DEFENDANTS' NOTICE AND
16        Defendant[s]            )      MOTION FOR SUMMARY JUDGMENT

17

18        I, Lennis L. Roberson Declare as follows:

19        1. I am currently housed by the California Department of

20   Correction and Rehabilitation (CDCR) I am a Muslim prisoner

21   at the Correctional Training Facility (CTF) in Soledad,

22   California.

23        2. I am in good standing with the general Muslim

24   community, as well as the Muslim-American community formerly

25   under the leadership of Imam W.D. Mohammad.  I have been

26

27

28

1  a Muslim for approximately twenty (20) years.  I am competent
2  to testify and have personal knowledge as to the matters set
3  forth in this declaration and if called upon to do so, I
4  would and could so testify.  I submit this declaration in
5  support of plaintiff's Opposition to the declaration of
6  Christopher Young Suppoorting Defendants' Motion for Summary
7  Judgment document.

8      3. I have an informal study of the Islamic religion.
9  It is my sincere belief that I should obey the Holy Qur'an
10 and the Prophet is Al-Islam (S.A.W.) Sunnah of approximately
11 1400 years ago.

12     4.The documents CDC-128 chronos prepared, and maintained
13 by the California Department of Corrections and
14 Rehabilitation are incomplete and not representative of
15 actual statements or actions that occurred.

16     5. I have stated to Correctional staff on several
17 occasions that my noncompliance with the grooming
18 standard/policy was due to my religious belief.

19     I declare under the penalty of perjury that the
20 foregoing is true and correct.  Executed at Soledad,
21 California, on May $\underline{15}$, 2008.

22
23                                   L. W. Roberson
24                                   Lennis L. Roberson
25
26
27
28

2.

EXHIBIT "A7(d)"

Declaration of L.L. Roberson

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   Lennis L. Roberson              )       Case No. C 07 3497 CRB(PR)
                                     )
13        Plaintiff                  )       DECLARATION OF L.L.
                                     )       ROBERSON IN SUPPORT OF
14        v.                         )       PLAINTIFF"S OPPOSITION TO
                                     )       L. GIBBS-BATTENFELD'S
15   Jeanne Woodford, Director et el.)       DECLARATION IN SUPPORT OF
                                     )       DEFENDANT'S NOTICE AND
16        Defendant[s]               )       MOTION FOR SUMMARY JUDGMENT

17

18        I, Lennis L. Roberson Declare as follows:

19        1. I am currently housed by the California Department of

20   Corrections and Rehabilitation (CDCR) I am a Muslim prisoner

21   at the Correctional Training Facility (CTF) in Soledad,

22   California.

23        2. I am in good standing with the general Muslim

24   community, as well as the Muslim-American community formerly

25   under the leadership of W.D. Mohammad.  I have been a Muslim

26   for approximately twenty (20) years.  I am competent to

27   testify and have personal knowledge as to the matters set

28

1    forth in this declaration and if called upon to do so, I

2    would and could so testify.  I submit this declaration in

3    support of Plaintiff's Opposition to Defendant's Motion for

4    Summary Judgment.

5        3. I have an informal study of the Islamic religion.  It

6    is my sincere belief to obey the Holy Qur'an and the Prophet

7    of Al-Islam (S.A.W.) Sunnah of approximately 1400 years ago.

8        4. I personally and specifically asked L.

9    Gibbs-Battenfeld in 2005 at a pre-UCC conference did she

10   receive my Multi-Purpose Form requesting my removal from

11   C-Status.  L. Gibbs-Battenfeld responded by saying, she

12   received my request but, had not had time to answer it yet.

13   I asked L. Gibbs-Battenfeld was she aware of RLUIPA.  I

14   then specifically told L. Gibbs-Battenfeld that my

15   non-compliance with the grooming policy was based on my

16   religious belief.  L. Gibbs-Battenfeld told me she wasn't

17   there for that and, presented me with some documents to

18   sign.  I refused to review or sign the document[s].

19       5. On or about September 30, 2005 L. Gibbs-Battenfeld

20   told me she had not had time to answer it yet.  After she

21   had admitted receiving my request forty (40) days earlier

22   and had not had time -- I took it personal and had no further

23   communication with L. Gibbs-Battenfeld written or verbal.

24       6. I declare under the penalty of perjury that the

25   foregoing is true and correct.  Executed at Soledad,

26   California, on 5-15, 2008.

27                                    L. aRoberson

28

2.