IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNIS L. ROBERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants. | No. CV 07-03497 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

  ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendants.

Dated: August 18, 2008                                         Richard W. Wieking, Clerk
                                                               By: [signature]
                                                               Deputy Clerk